1  JOHN S. BATTENFELD, State Bar No. 119513
   ALBERT HUANG, State Bar No. 193005
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:      213.612.2500
   Fax:     213.612.2501
5  E-mail:  jbattenfeld@morganlewis.com
            ahuang@morganlewis.com
6
   ERIC MECKLEY, State Bar No. 168181
7  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
9  Tel: 415.442.1000
   Fax: 415.442.1001
10 E-mail:  emeckley@morganlewis.com
            steven.garrett@morganlewis.com
11
   Attorneys for Defendant
12 CHARMING SHOPPES OF DELAWARE, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | SHAMEIKA MOODY, as an individual         | Case No. C 07-06073 BZ
   | and on behalf of others similarly situated, |
18 |                                           | **DEFENDANT'S DECLINATION TO**
   |                    Plaintiff,             | **PROCEED BEFORE A MAGISTRATE**
19 |                                           | **JUDGE AND REQUEST FOR**
   |           vs.                             | **REASSIGNMENT TO A UNITED STATES**
20 |                                           | **DISTRICT JUDGE**
   | CHARMING SHOPPES OF
21 | DELAWARE, INC., a corporation, and
   | DOES 1 through 20, inclusive,
22 |
   |                    Defendant.
23

24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7639625.1                                    DECLINATION TO PROCEED BEFORE
                                                        MAGISTRATE JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby respectfully declines to consent to the assignment of this case to a Unites States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 5, 2007            Morgan, Lewis & Bockius LLP

By _____/S/_____
Eric Meckley
Attorneys for Defendant
CHARMING SHOPPES OF DELAWARE, INC.