JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:      213.612.2500
Fax:      213.612.2501
E-mail:   jbattenfeld@morganlewis.com
          ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:   emeckley@morganlewis.com
          steven.garrett@morganlewis.com

Attorneys for Defendant
CHARMING SHOPPES OF DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-6073 BZ<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7630567.1

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action.  I am employed by Morgan, Lewis & Bockius, LLP and my business address is One Market, Spear Street Tower, San Francisco, CA  94105.

On December 6, 2007, I served the following document(s):

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA DROP BOX FILING PROCEDURES**

on the parties involved addressed as follows:

Peter M. Hart, Esq.                                    Attorneys for Plaintiff
Law Offices of Peter M Hart
13952 Bora Bora Way, F-320
Marina Del Ray, CA 90292

Telephone:    (310) 478-5789
Facsimile:    (509) 561-6411
Email:         hartpeter@msn.com

Kenneth H Yoon, Esq.                                 Attorneys for Plaintiff
1 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90017

Telephone:    (213) 612-0988
Facsimile:    (213) 947-1211
Email:         kyoon@yoonlaw.com

Larry W. Lee, Esq.                                     Attorneys for Plaintiff
Diversity Law Group
444 South Flower Street, Suite 1370
The Citigroup Building
Los Angeles, CA 90071

Telephone:    (213) 488-6555
Facsimile:    (213) 488-6554
Email:         lwlee@diversitylaw.com

[    ]    **BY PERSONAL DELIVERY:**  The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date.  The Proof of Service by the process server will be filed within five (5) days.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7630567.1

Case No.
PROOF OF SERVICE

[ x ]    **BY MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

[ ]    **BY FACSIMILE:** By use of a facsimile machine telephone number 415/442-1001, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

[ ]    **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business.

[ ]    **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(s) set forth below on this date (pursuant to a stipulation between the parties).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 6, 2007.

_____
Deborah Stein

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2