| | |
|---|---|
| 1 | JOHN S. BATTENFELD, State Bar No. 119513 |
|   | ALBERT HUANG, State Bar No. 193005 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
|   | 300 South Grand Avenue |
| 3 | Twenty-Second Floor |
|   | Los Angeles, CA 90071-3132 |
| 4 | Tel: 213.612.2500 |
|   | Fax: 213.612.2501 |
| 5 | E-mail: jbattenfeld@morganlewis.com |
|   |         ahuang@morganlewis.com |
| 6 | |
|   | ERIC MECKLEY, State Bar No. 168181 |
| 7 | STEVEN J. GARRETT, State Bar No. 221021 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | One Market, Spear Street Tower |
|   | San Francisco, CA 94105-1126 |
| 9 | Tel: 415.442.1000 |
|   | Fax: 415.442.1001 |
| 10 | E-mail: emeckley@morganlewis.com |
|    |         steven.garrett@morganlewis.com |
| 11 | |
|    | Attorneys for Defendant |
| 12 | CHARMING SHOPPES OF DELAWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated, | Case No. C 07-6073 BZ |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE IN COUNSEL** |
| CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7640674.1

Case No. C 07-6073 BZ
NOTICE OF CHANGE IN COUNSEL

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher M. Ahearn should be removed from the Court's electronic mailing list as an attorney of record in the above-entitled matter.

Dated: December 7, 2007

MORGAN, LEWIS & BOCKIUS LLP

By _____
Eric Meckley
Attorneys for Defendant
CHARMING SHOPPES OF
DELAWARE, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7640674.1

Case No. C 07-6073 BZ
NOTICE OF CHANGE IN COUNSEL

1