JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: jbattenfeld@morganlewis.com
ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: emeckley@morganlewis.com
steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES OF DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 BZ<br><br>**DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: January 16, 2008<br>Time: 10:00 a.m.<br><br>[Fed. R. Civ. Proc. 12(b)(2)]<br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/968974.1                    DEFENDANT'S NOTICE OF MOTION AND
                                 MOTION TO DISMISS – C 07-06073 BZ

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE THAT on January 16, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom No. G of the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94102, Defendant Charming Shoppes of Delaware, Inc. will and does hereby move this Court for an Order dismissing this action for lack of personal jurisdiction pursuant to Fed. R. Civ. Proc. 12(b)(2). Defendant presently notices this Motion for hearing before the assigned United States Magistrate Judge, but has filed a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently, the Declarations of John J. Sullivan and Anthony Camoratto filed concurrently, the record for this action, and such other oral and documentary evidence and legal memoranda that may be presented at or by the hearing on this Motion.

Dated: December 7, 2007         MORGAN, LEWIS & BOCKIUS LLP

By        /S/
Albert Huang
Specially Appearing for Defendant
CHARMING SHOPPES OF
DELAWARE, INC.