```
JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
E-mail:   jbattenfeld@morganlewis.com
          ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:   emeckley@morganlewis.com
          steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES OF DELAWARE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 BZ<br><br>**DECLARATION OF JOHN J. SULLIVAN IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    January 16, 2008<br>Time:    10:00 a.m.<br><br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/967736.1

DECL. OF J. SULLIVAN IN SUPPORT OF
DEF'S MOTION TO DISMISS - C 07-06073 BZ

I, John J. Sullivan, declare as follows.

1. I am over eighteen years of age. I am the Controller of Defendant Charming Shoppes of Delaware, Inc. I have personal knowledge of the following and am competent to testify thereto. Except as otherwise stated below, the following accurately describes the facts as they have existed since at least January 1, 2002.

2. Charming Shoppes, Inc. ("CSI") is incorporated and headquartered in Pennsylvania. CSI is publicly traded. It is a holding company that does not engage in any business operations itself. As is common for large, publicly-traded corporations, all business operations conducted within the Charming Shoppes group of companies are conducted and managed by direct or indirect subsidiaries of CSI.

3. Defendant Charming Shoppes of Delaware, Inc. ("Defendant" or "CSDI") is incorporated and headquartered in Pennsylvania. It is a wholly-owned subsidiary of CSI. Defendant provides certain shared services (such as payroll services and legal consultation) to various operating subsidiaries of CSI, including Lane Bryant, Inc. ("Lane Bryant"), which owns and operates the Lane Bryant stores, and other subsidiaries that operate the Catherines and Fashion Bug retail stores.

4. All appropriate corporate formalities (secretary of state filings and regular board meetings) have been complied with to maintain CSI as a valid corporation with an existence separate from that of CSI's subsidiaries. Likewise, all appropriate corporate formalities (secretary of state filings and regular board meetings) have been complied with to maintain Defendant as a valid corporation with an existence separate from that of CSI and separate from that of CSI's other subsidiaries (including Lane Bryant).

5. Defendant has no office, mailing address, telephone listing, hard assets, or bank accounts in the California. Defendant does not engage in any business activities in California apart from providing certain shared services to other subsidiaries of CSI. Defendant does not solicit California residents; manufacture, purchase or sell goods in California; or advertise goods or services in California. Defendant does not pay taxes in California, with the exception of the

1. payment of California payroll taxes incident to Defendant acting as a common paymaster for other subsidiaries of CSI.

6. Defendant does not exert management control over the operations of other subsidiaries of CSI, including but not limited to Lane Bryant.

7. CSI and Defendant do not manage or direct the work of any employees who report to or are resident in California, including, without limitation, the employees who work in the Lane Bryant stores.

8. At all times, all Lane Bryant stores in California have been owned and operated, and their employees have been directed and managed, by Lane Bryant, Inc., not by CSI or Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 6, 2007, at Bensalem, Pennsylvania.

_____
John J. Sullivan

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/967736.1

3

DECL. OF J. SULLIVAN IN SUPPORT OF
DEF'S MOTION TO DISMISS - C 07-06073 BZ