JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: jbattenfeld@morganlewis.com
ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: emeckley@morganlewis.com
steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES OF DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S *EX PARTE* APPLICATION TO FILE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO L.R. 7-10 AND STANDING ORDER** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972028.1

[PROPOSED] ORDER GRANTING DEF.
EX PARTE APP. – C 07-06073 MHP

1  After considering Defendant's *ex parte* application, the pleadings and records on file, and any oral argument,

IT IS ORDERED that Defendant's *ex parte* application to file a motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. Proc. 12(b)(2) is granted.  The Court shall hear the motion to dismiss, that was concurrently filed with the ex parte application, on February 11, 2008 at 2:00 p.m.

IT IS SO ORDERED:


Dated: _____            _____
                              United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972028.1                    2                 [PROPOSED] ORDER GRANTING DEF.
                                                   EX PARTE APP. – C 07-06073 MHP