1 | JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
2 | MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
3 | Twenty-Second Floor
Los Angeles, CA  90071-3132
4 | Tel:  213.612.2500
Fax:  213.612.2501
5 | E-mail:    jbattenfeld@morganlewis.com
            ahuang@morganlewis.com
6

7 | ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
8 | One Market, Spear Street Tower
San Francisco, CA  94105-1126
9 | Tel:  415.442.1000
Fax:  415.442.1001
10 | E-mail:    emeckley@morganlewis.com
            steven.garrett@morganlewis.com
11

12 | Specially Appearing for Defendant
CHARMING SHOPPES OF DELAWARE, INC.

13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 SHAMEIKA MOODY, as an individual and on behalf of others similarly situated, | Case No. C 07-06073 MHP |
| 18 Plaintiff, | **DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| 19 vs. | |
| 20 | |
| 21 CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive, | Date:    February 11, 2008 Time:    2:00 p.m. |
| 22 | |
| 23 Defendant. | [Fed. R. Civ. Proc. 12(b)(2)] [SPECIAL APPEARANCE ONLY] |

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972381.1

DEFENDANT'S NOTICE OF MOTION AND
MOTION TO DISMISS – C 07-06073 MHP

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT on February 11, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom No. 15 of the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94102, Defendant Charming Shoppes of Delaware, Inc. will and does hereby move this Court for an Order dismissing this action for lack of personal jurisdiction pursuant to Fed. R. Civ. Proc. 12(b)(2).

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently; the Declarations of John J. Sullivan, Anthony Camoratto, and Albert Huang filed concurrently; the record for this action; and such other oral and documentary evidence and legal memoranda that may be presented at or by the hearing on this Motion.

Dated: January 7, 2008                    MORGAN, LEWIS & BOCKIUS LLP


By _____/S/_____
   Albert Huang
   Specially Appearing for Defendant
   CHARMING SHOPPES OF
   DELAWARE, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972381.1                    2        DEFENDANT'S NOTICE OF MOTION AND
                                          MOTION TO DISMISS – C 07-06073 MHP