JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
E-mail:    jbattenfeld@morganlewis.com
           ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:    emeckley@morganlewis.com
           steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES OF DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    February 11, 2008<br>Time:    2:00 p.m.<br><br>[Fed. R. Civ. Proc. 12(b)(2)] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972384.1                                     [PROPOSED] ORDER GRANTING DEF.
                                                  MOTION TO DISMISS – C 07-06073 MHP

1  After considering Defendant's Motion to Dismiss, any opposition and reply papers, the pleadings and records on file, and any oral argument,

IT IS ORDERED that Defendant's Motion to Dismiss this action for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) is hereby granted for the following reasons:

- This Court cannot constitutionally exercise general personal jurisdiction over Defendant. As an out-of-state entity with minimal connections to California, Defendant does not have the "substantial" or "continuous and systematic" contacts with California necessary to establish general personal jurisdiction over it.

- Furthermore, this Court cannot exercise specific personal jurisdiction over Defendant because, again, Defendant has insufficient contacts with California. Defendant does not directly conduct any business in California – let alone "purposefully avail" itself of the privileges of doing business in California. Rather, Defendant only performs limited administrative functions in California. Its limited acts do not constitute the transaction of business for purposes of exercising personal jurisdiction over Defendant.

- Thus, this Court does not have the constitutional or statutory authority to adjudicate this action as to Defendant, and therefore must dismiss this action brought solely against Defendant.

IT IS SO ORDERED:

Dated: _____, 2008          _____
                                              United States District Judge