1    JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
2    MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
3    Twenty-Second Floor
Los Angeles, CA  90071-3132
4    Tel:  213.612.2500
Fax:  213.612.2501
5    E-mail:    jbattenfeld@morganlewis.com
            ahuang@morganlewis.com
6
ERIC MECKLEY, State Bar No. 168181
7    STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
8    One Market, Spear Street Tower
San Francisco, CA  94105-1126
9    Tel:  415.442.1000
Fax:  415.442.1001
10    E-mail:    emeckley@morganlewis.com
            steven.garrett@morganlewis.com
11
Specially Appearing for Defendant
12    CHARMING SHOPPES OF DELAWARE, INC.

13

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17    SHAMEIKA MOODY, as an individual          Case No. C 07-06073 MHP
and on behalf of others similarly situated,
18                                              **DECLARATION OF JOHN J. SULLIVAN
                        Plaintiff,              IN SUPPORT OF DEFENDANT
19                                              CHARMING SHOPPES OF DELAWARE,
            vs.                                 INC.'S MOTION TO DISMISS FOR LACK
20                                              OF PERSONAL JURISDICTION**
CHARMING SHOPPES OF
21    DELAWARE, INC., a corporation, and        Date:      February 11, 2008
DOES 1 through 20, inclusive,                   Time:      2:00 p.m.
22
                        Defendant.
23                                              [SPECIAL APPEARANCE ONLY]

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972382.1                              DECL. OF J. SULLIVAN IN SUPP. OF DEF'S
                                           MOTION TO DISMISS - C 07-06073 MHP

1    I, John J. Sullivan, declare as follows.

2    1.    I am over eighteen years of age. I am the Controller of Defendant Charming

3    Shoppes of Delaware, Inc. I have personal knowledge of the following and am competent to

4    testify thereto. Except as otherwise stated below, the following accurately describes the facts as

5    they have existed since at least January 1, 2002.

6    2.    Charming Shoppes, Inc. ("CSI") is incorporated and headquartered in

7    Pennsylvania. CSI is publicly traded. It is a holding company that does not engage in any

8    business operations itself. As is common for large, publicly-traded corporations, all business

9    operations conducted within the Charming Shoppes group of companies are conducted and

10    managed by direct or indirect subsidiaries of CSI.

11    3.    Defendant Charming Shoppes of Delaware, Inc. ("Defendant" or "CSDI") is

12    incorporated and headquartered in Pennsylvania. It is a wholly-owned subsidiary of CSI.

13    Defendant provides certain shared services (such as payroll services and legal consultation) to

14    various operating subsidiaries of CSI, including Lane Bryant, Inc. ("Lane Bryant"), which owns

15    and operates the Lane Bryant stores, and other subsidiaries that operate the Catherines and

16    Fashion Bug retail stores.

17    4.    All appropriate corporate formalities (secretary of state filings and regular board

18    meetings) have been complied with to maintain CSI as a valid corporation with an existence

19    separate from that of CSI's subsidiaries. Likewise, all appropriate corporate formalities

20    (secretary of state filings and regular board meetings) have been complied with to maintain

21    Defendant as a valid corporation with an existence separate from that of CSI and separate from

22    that of CSI's other subsidiaries (including Lane Bryant).

23    5.    Defendant has no office, mailing address, telephone listing, hard assets, or bank

24    accounts in the California. Defendant does not engage in any business activities in California

25    apart from providing certain shared services to other subsidiaries of CSI. Defendant does not

26    solicit California residents; manufacture, purchase or sell goods in California; or advertise goods

27    or services in California. Defendant does not pay taxes in California, with the exception of the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972382.1

2

DECL. OF J. SULLIVAN IN SUPP. OF DEF'S
MOTION TO DISMISS - C 07-06073 MHP

1  payment of California payroll taxes incident to Defendant acting as a common paymaster for

2  other subsidiaries of CSI.

3       6.       Defendant does not exert management control over the operations of other

4  subsidiaries of CSI, including but not limited to Lane Bryant.

5       7.       CSI and Defendant do not manage or direct the work of any employees who report

6  to or are resident in California, including, without limitation, the employees who work in the

7  Lane Bryant stores.

8       8.       At all times, all Lane Bryant stores in California have been owned and operated,

9  and their employees have been directed and managed, by Lane Bryant, Inc., not by CSI or

10  Defendant.

11       I declare under penalty of perjury under the laws of the United States that the foregoing is

12  true and correct.

13       Executed on January 4 , 2008, at BonSALem , Pennsylvania.

14

15

16  _____
    John J. Sullivan

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972382.1                3        DECL. OF J. SULLIVAN IN SUPP. OF DEF'S
                                      MOTION TO DISMISS - C 07-06073 MHP