JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail:   jbattenfeld@morganlewis.com
          ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:   emeckley@morganlewis.com
          steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES OF DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 MHP<br><br>**DECLARATION OF ANTHONY CAMORATTO IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:   February 11, 2008<br>Time:   2:00 p.m.<br><br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972383.1

DECL. OF A. CAMORATTO IN SUPP. OF
DEF'S MOTION TO DISMISS-C 07-06073 MHP

I, Anthony Camoratto, declare as follows.

1. I am over eighteen years of age. I am the Vice President-HR Operations of Defendant Charming Shoppes of Delaware, Inc. I have personal knowledge of the following and am competent to testify thereto. Except as otherwise stated below, the following accurately describes the facts as they have existed since at least January 1, 2002.

2. Defendant Charming Shoppes of Delaware, Inc. ("Defendant" or "CSDI") provides certain shared services (such as payroll services and legal consultation) to various operating subsidiaries of Charming Shoppes, Inc. ("CSI"), including Lane Bryant, Inc. ("Lane Bryant"), which owns and operates the Lane Bryant stores in California, and other subsidiaries that operate the Catherines and Fashion Bug retail stores.

3. As part of these shared services, Defendant currently acts as a common paymaster for all employees employed in Lane Bryant stores. In this capacity, since at least January 1, 2002, Defendant has caused all wage payments to be made to the employees of the Lane Bryant stores, either by direct deposit from a CSDI bank account, or through payroll checks drawn by Defendant from a CSDI bank account. Defendant maintains its bank accounts, from which these wage payments are drawn, with Wachovia Bank in Charlotte, North Carolina.

4. I am informed that the named Plaintiff Shameika Moody was employed at a Lane Bryant store in California. At all times since at least January 1, 2002, all Lane Bryant stores in California have been owned and operated by Lane Bryant, and not by Defendant. Plaintiff Shameika Moody was never employed by Defendant.

5. Defendant does not exert management control over the operations of other subsidiaries of CSI. While Defendant provides certain shared services to subsidiaries of CSI (including Lane Bryant), Defendant does not manage those operations.

6. Defendant does not manage or direct the work of any employees who report to or are resident in California, including, without limitation, the employees who work in the Lane Bryant stores. Defendant does not hire or select these employees; does not direct the work of these employees; does not determine the amounts of wages to be paid to these employees; and does not determine or implement overtime, meal period, final pay, or wage statement policies or

1  practices for these employees. In acting as common paymaster for employees at the Lane Bryant
2  stores, Defendant issues wage payments based on the employee and wage information that is
3  provided to it by Lane Bryant.
4      I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.
6      Executed on January 4, 2008, at Bensalem, Pennsylvania.

_____
Anthony Camoratto

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles