Case 3:07-cv-06073-MHP    Document 26    Filed 01/07/2008    Page 1 of 2

| | |
|---|---|
| 1 | JOHN S. BATTENFELD, State Bar No. 119513 |
| | ALBERT HUANG, State Bar No. 193005 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 300 South Grand Avenue |
| 3 | Twenty-Second Floor |
| | Los Angeles, CA  90071-3132 |
| 4 | Tel:  213.612.2500 |
| | Fax:  213.612.2501 |
| 5 | E-mail:    jbattenfeld@morganlewis.com |
| | ahuang@morganlewis.com |
| 6 | |
| | ERIC MECKLEY, State Bar No. 168181 |
| 7 | STEVEN J. GARRETT, State Bar No. 221021 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 9 | Tel:  415.442.1000 |
| | Fax:  415.442.1001 |
| 10 | E-mail:    emeckley@morganlewis.com |
| | steven.garrett@morganlewis.com |
| 11 | |
| 12 | Specially Appearing for Defendant |
| | CHARMING SHOPPES OF DELAWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated, | Case No. C 07-06073 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| vs. | |
| CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive, | Date:   February 11, 2008<br>Time:   2:00 p.m. |
| Defendant. | [Fed. R. Civ. Proc. 12(b)(2)] |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972384.1                                    [PROPOSED] ORDER GRANTING DEF.
MOTION TO DISMISS – C 07-06073 MHP

1    After considering Defendant's Motion to Dismiss, any opposition and reply papers, the
2    pleadings and records on file, and any oral argument,

3    IT IS ORDERED that Defendant's Motion to Dismiss this action for lack of personal
4    jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) is hereby granted for the following reasons:

5    •    This Court cannot constitutionally exercise general personal jurisdiction over
6    Defendant. As an out-of-state entity with minimal connections to California, Defendant does not
7    have the "substantial" or "continuous and systematic" contacts with California necessary to
8    establish general personal jurisdiction over it.

9    •    Furthermore, this Court cannot exercise specific personal jurisdiction over
10    Defendant because, again, Defendant has insufficient contacts with California. Defendant does
11    not directly conduct any business in California – let alone "purposefully avail" itself of the
12    privileges of doing business in California. Rather, Defendant only performs limited
13    administrative functions in California. Its limited acts do not constitute the transaction of
14    business for purposes of exercising personal jurisdiction over Defendant.

15    •    Thus, this Court does not have the constitutional or statutory authority to
16    adjudicate this action as to Defendant, and therefore must dismiss this action brought solely
17    against Defendant.

18    IT IS SO ORDERED:

19

20    Dated: _____, 2008        _____
21                                    United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972384.1    2    [PROPOSED] ORDER GRANTING DEF.
MOTION TO DISMISS – C 07-06073 MHP