| | |
|---|---|
| 1 | JOHN S. BATTENFELD, State Bar No. 119513 |
| 2 | ALBERT HUANG, State Bar No. 193005 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 300 South Grand Avenue |
|   | Twenty-Second Floor |
| 4 | Los Angeles, CA  90071-3132 |
|   | Tel:      213.612.2500 |
| 5 | Fax:     213.612.2501 |
|   | E-mail:  jbattenfeld@morganlewis.com |
| 6 |              ahuang@morganlewis.com |
| 7 | |
|   | ERIC MECKLEY, State Bar No. 168181 |
| 8 | STEVEN J. GARRETT, State Bar No. 221021 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1126 |
| 10 | Tel: 415.442.1000 |
| 11 | Fax: 415.442.1001 |
|    | E-mail:  emeckley@morganlewis.com |
| 12 |              steven.garrett@morganlewis.com |
| 13 | Specially Appearing for Defendant |
|    | CHARMING SHOPPES OF DELAWARE, INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated, | Case No. C 07-06073 MHP |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/967726.1

PROOF OF SERVICE
CASE NO. C 07-06073 MHP

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action. I am employed by Morgan, Lewis & Bockius, LLP and my business address is 300 South Grand Avenue, Twenty Second Floor, Los Angeles, California 90071-3132.

On January 7, 2008, I served the following document(s):

**DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S *EX PARTE* APPLICATION TO FILE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO L.R. 7-10 AND STANDING ORDER**

**[PROPOSED] ORDER GRANTING DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S *EX PARTE* APPLICATION TO FILE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO L.R. 7-10 AND STANDING ORDER**

**DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**DECLARATION OF JOHN J. SULLIVAN IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**DECLARATION OF ANTHONY CAMORATTO IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**DECLARATION OF ALBERT HUANG IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**[PROPOSED] ORDER GRANTING DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

on the parties involved addressed as follows:

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-LA/967726.1

PROOF OF SERVICE
CASE NO. C 07-06073 MHP

1

| | |
|---|---|
| Peter M. Hart, Esq.<br>Law Offices of Peter M Hart<br>13952 Bora Bora Way, F-320<br>Marina Del Ray, CA 90292<br><br>Telephone:  (310) 478-5789<br>Facsimile:   (509) 561-6411<br>Email:         hartpeter@msn.com | Attorneys for Plaintiff |
| Kenneth H Yoon, Esq.<br>1 Wilshire Boulevard, Suite 2200<br>Los Angeles, CA 90017<br><br>Telephone:  (213) 612-0988<br>Facsimile:   (213) 947-1211<br>Email:         kyoon@yoonlaw.com | Attorneys for Plaintiff |
| Larry W. Lee, Esq.<br>Diversity Law Group<br>444 South Flower Street, Suite 1370<br>The Citigroup Building<br>Los Angeles, CA 90071<br><br>Telephone:  (213) 488-6555<br>Facsimile:   (213) 488-6554<br>Email:         lwlee@diversitylaw.com | Attorneys for Plaintiff |

[  ]  **BY PERSONAL DELIVERY:** The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date. The Proof of Service by the process server will be filed within five (5) days.

[  ]  **BY MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

[ X ]  **BY FACSIMILE:** By use of a facsimile machine telephone number 213/612-2501, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

1-LA/967726.1

2

PROOF OF SERVICE
CASE NO. C 07-06073 MHP

1  [ ]  **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business.

[ X ]  **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date (pursuant to a stipulation between the parties).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on January 7, 2008.

_D. Sebi-Ra Keller_
D. Sebi-Ra Keller

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

1-LA/967726.1

3

PROOF OF SERVICE
CASE NO. C 07-06073 MHP