# Earnings Statement

**CHARMING SHOPPES OF DELAWARE, INC.**
450 WINKS LANE
BENSALEM, PA 19020

Period Ending: 06/30/2007
Pay Date: 07/12/2007

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 06
   State: 06

Shameika Moody
2275 Grove Way
Apt 36
Castro Valley, CA 94546

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.077 | 8.00 | 184.62 | |
| Overtime | | 1.00 | 34.62 | |
| Gross Pay | | $ | 219.24 | 29,481.52 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | | 2,460.31- |
| | Social Security Tax | 13.59- | 1,828.80- |
| | Medicare Tax | 3.18- | 427.70- |
| | SDI Tax | 1.32- | 176.89- |
| | State or Local Withholding Tax | | 1,111.78- |

Other

Net Pay $ 201.15

**Important Notes**
6127 096289

---

CHARMING SHOPPES OF DELAWARE, INC.
450 WINKS LANE
BENSALEM, PA 19020

Period Ending: 06/30/2007  90002765
Pay Date: 07/12/2007
62-22/311

Pay to the order of: Shameika Moody
This Amount: Two Hundred One and 15/100 Dollars       $201.15

WACHOVIA BANK, N.A.        VOID AFTER 180 DAYS         AUTHORIZED SIGNATURE

⑨000 2765⑩ ⑪031100 225⑫ 20 7995009 2883⑪