JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
E-mail:    jbattenfeld@morganlewis.com
           ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:    emeckley@morganlewis.com
           steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES OF DELAWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S *EX PARTE* APPLICATION TO FILE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO L.R. 7-10 AND STANDING ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972028.1                                                                 [PROPOSED] ORDER GRANTING DEF.
                                                                              EX PARTE APP. – C 07-06073 MHP

1  After considering Defendant's *ex parte* application, the pleadings and records on file, and
2  any oral argument,
3  IT IS ORDERED that Defendant's *ex parte* application to file a motion to dismiss for lack
4  of personal jurisdiction pursuant to Fed. R. Civ. Proc. 12(b)(2) is granted.  The Court shall hear
5  the motion to dismiss, that was concurrently filed with the ex parte application, on February 11,
6  2008 at 2:00 p.m.
7  IT IS SO ORDERED:

9  Dated:  January 10, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/972028.1           2           [PROPOSED] ORDER GRANTING DEF.
                                     EX PARTE APP. – C 07-06073 MHP