PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar No. 228175)
**DIVERISTY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No.:  C 07-06073 MHP<br><br>**DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. RULE 12(B)(2)**<br><br>JUDGE:  HON. MARILYN HALL PATEL<br>DATE:    FEBRUARY 11, 2008<br>TIME:    10:00 A.M.<br>COURTROOM: 15 |

- 1 –
DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

## DECLARATION OF LARRY W. LEE

I, LARRY W. LEE, declare as follows:

1. I am an individual over the age of 18. I am a California bar-admitted attorney with a private practice. My firm is the Diversity Law Group, P.C. and I am one of the attorneys of record for Plaintiff Shameika Moody. I have personal knowledge of the facts set forth below and if called to testify I could and would do so competently.

2. Attached hereto as Exhibit "C" is a copy of the complaint filed in the *Kozminski v. Charming Shoppes of Delaware, Inc. and Fashion Bug of California, Inc.* (Los Angeles Superior Court Case Number BC 292065) (the "*Kozminski* matter") case, which I downloaded from the Los Angeles Superior Court website.

3. Based on my review of said complaint, it seems to be a wage and hour class action against Defendant Charming Shoppes of Delaware, Inc. ("Defendant") and Fashion Bug of California, Inc. (which is purportedly one of CSI's subsidiaries).

4. Attached hereto as Exhibit "D" is a copy of the answer filed by Defendant in the *Kozminski* matter, which I downloaded from the Los Angeles Superior Court website.

5. Upon my review of said answer filed by Defendant, Defendant did not dispute that the California Superior Court lacked personal jurisdiction nor did Defendant raise it as an affirmative defense.

6. Rather, Defendant availed itself to the jurisdiction of the California Superior Court.

7. Based on the court records, Defendant settled the *Kozminski* case. Attached hereto as Exhibit "E" is a copy of the Stipulation for Class Action Settlement filed jointly by Defendant and plaintiff, which I downloaded from the Los Angeles Superior Court website.

8. Finally, Defendant further submitted to the continuing jurisdiction of the California Superior Court as a condition of said settlement (see Section 15.6 of Exhibit "E").

9. My primary practice is employment law. I have handled a number of wage and hour matters

- 2 –
DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

including class actions and individual actions, on both plaintiff and defense sides. Based on such experience, I have reviewed thousands of wage statements and pay stubs from a variety of employers, including those that utilize payroll services such as ADP or Paychex.

10. Based on such experience, when employers use payroll services such as ADP or Paychex, the employer's name always appear on such wage statements/pay stubs, not the name of the payroll service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 18th day of January 2008.

_____ /s/_____
Larry W. Lee

- 3 –
DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS