# EXHIBIT A

# Earnings Statement

**CHARMING SHOPPES OF DELAWARE, INC.**
450 WINKS LANE
BENSALEM, PA 19020

Period Ending:  06/30/2007
Pay Date:       07/12/2007

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  06
  State:    06

Shameika Moody
2275 Grove Way
Apt 36
Castro Valley, CA  94546

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.077 | 8.00 | 184.62 | |
| Overtime | | 1.00 | 34.62 | |
| **Gross Pay** | | | **$ 219.24** | 29,481.52 |

**Important Notes**
6127 096289

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | | 2,460.31- |
| | Social Security Tax | 13.59- | 1,828.80- |
| | Medicare Tax | 3.18- | 427.70- |
| | SDI Tax | 1.32- | 176.89- |
| | State or Local Withholding Tax | | 1,111.78- |
| | Other | | |
| | **Net Pay** | | **$ 201.15** |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW.

**CHARMING SHOPPES OF DELAWARE, INC.**
450 WINKS LANE
BENSALEM, PA 19020

Period Ending: 06/30/2007          90002765
Pay Date:      07/12/2007          62-22/311

Pay to the order of:  Shameika Moody
This Amount:  Two Hundred One and 15/100 Dollars                $201.15

WACHOVIA BANK, N.A.          VOID AFTER 180 DAYS          AUTHORIZED SIGNATURE

⑈⑆9000 2765⑈⑆  ⑉:0311 0022 5⑉:  2079 9500 9 2883⑈⑆