PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>       Plaintiff,<br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.: C 07-06073 MHP<br><br>**PROOF OF SERVICE**<br><br>**JUDGE: HON. MARILYN HALL PATEL**<br>**DATE: FEBRUARY 11, 2008**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 15** |

**PROOF OF SERVICE**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the following action. My business address is 444 S. Flower Street, Suite 1370, Los Angeles, California 90071.

On January 18, 2008, I caused the following document(s) described as: **FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** to be served on all interested parties in this action by placing ☐ the original ☒ true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John S. Battenfeld, Esq. | Eric Meckley, Esq. |
| Albert Huang, Esq. | Steven J. Garrett, Esq. |
| Morgan, Lewis & Bockius, LLP | Morgan, Lewis & Bockius, LLP |
| 300 S. Grand Ave., 22nd Floor | One Market, Spear Street Tower |
| Los Angeles, CA 90071 | San Francisco, CA 94105 |
| *Attorneys for Defendant Charming Shoppes of Delaware, Inc.* | *Attorneys for Defendant Charming Shoppes of Delaware, Inc.* |

☒ **VIA MAIL:**

☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with prepaid postage affixed thereon.

☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice and in the ordinary course of business, it would be deposited with the U.S. postal service on that same day with fully pre-paid postage affixed thereon at Los Angeles, California. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

☐ **VIA OVERNIGHT COURIER:** I am readily familiar with the practice of DIVERSITY LAW GROUP, P.C. for collection and processing of documents for overnight delivery and know that the document(s) described above was/were deposited in a facility regularly maintained by such overnight delivery company.

☐ **VIA PERSONAL SERVICE:** I caused said envelope to be delivered by hand to the following address(es):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above-stated is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2008, at Los Angeles, California.

/s/
ELIZABETH CHAVIS

**PROOF OF SERVICE**

DIVERSITY LAW GROUP, A PROFESSIONAL CORPORATION
444 S. Flower Street, Suite 1370, Los Angeles, CA 90071
Telephone: (213) 488-6555 · Facsimile: (213) 488-6554