```
 1  JOHN S. BATTENFELD, State Bar No. 119513
    ALBERT HUANG, State Bar No. 193005
 2  MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
 3  Twenty-Second Floor
    Los Angeles, CA  90071-3132
 4  Tel:  213.612.2500
    Fax:  213.612.2501
 5  E-mail:   jbattenfeld@morganlewis.com
              ahuang@morganlewis.com
 6
    ERIC MECKLEY, State Bar No. 168181
 7  STEVEN J. GARRETT, State Bar No. 221021
    MORGAN, LEWIS & BOCKIUS LLP
 8  One Market, Spear Street Tower
    San Francisco, CA  94105-1126
 9  Tel:  415.442.1000
    Fax:  415.442.1001
10  E-mail:   emeckley@morganlewis.com
              steven.garrett@morganlewis.com
11
    Specially Appearing for Defendant
12  CHARMING SHOPPES OF DELAWARE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 MHP<br><br>**DECLARATION OF ELIZABETH A. ACKLEY IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S REPLY TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:   February 11, 2008<br>Time:   2:00 p.m.<br><br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/975973.1

DECL. OF E. ACKLEY IN SUPPORT OF
DEF'S REPLY RE MOTION TO DISMISS - C
07-06073 MHP

I, Elizabeth A. Ackley, declare as follows.

1. I am over eighteen years of age. I am the Vice President-Human Resources for Lane Bryant, Inc. I have personal knowledge of the following facts and am competent to testify thereto.

2. Lane Bryant, Inc. ("Lane Bryant") is headquartered in Columbus, Ohio. I work out of Lane Bryant's headquarters.

3. Lane Bryant receives administrative services from Charming Shoppes of Delaware, Inc. ("CSDI"). These administrative services include payroll services for Lane Bryant stores, including the Lane Bryant stores located in California. Lane Bryant pays CSDI a fee for the administrative services CSDI provides.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 28, 2008, at Columbus, Ohio.

_____
Elizabeth A. Ackley

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/975973.1

2

DECL. OF E. ACKLEY IN SUPPORT OF
DEF'S REPLY RE MOTION TO DISMISS - C
07-06073 MHP