1  JOHN S. BATTENFELD, State Bar No. 119513
   ALBERT HUANG, State Bar No. 193005
2  MORGAN, LEWIS & BOCKIUS LLP
3  300 South Grand Avenue
   Twenty-Second Floor
4  Los Angeles, CA 90071-3132
   Tel:     213.612.2500
5  Fax:     213.612.2501
   E-mail:  jbattenfeld@morganlewis.com
6           ahuang@morganlewis.com
7
   ERIC MECKLEY, State Bar No. 168181
8  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
9  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
10 Tel: 415.442.1000
11 Fax: 415.442.1001
   E-mail:  emeckley@morganlewis.com
12          steven.garrett@morganlewis.com

13 Specially Appearing for Defendant
   CHARMING SHOPPES OF DELAWARE, INC.
14

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. C 07-06073 MHP<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/967726.1

PROOF OF SERVICE
CASE NO. C 07-06073 MHP

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action. I am employed by Morgan, Lewis & Bockius, LLP and my business address is 300 South Grand Avenue, Twenty Second Floor, Los Angeles, California 90071-3132.

On January 28, 2008, I served the following document(s):

1. **DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION;**

2. **DECLARATION OF ALBERT HUANG IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S REPLY TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND**

3. **DECLARATION OF ELIZABETH A. ACKLEY IN SUPPORT OF DEFENDANT CHARMING SHOPPES OF DELAWARE, INC.'S REPLY TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.**

on the parties involved addressed as follows:

| | |
|---|---|
| Peter M. Hart, Esq.<br>Law Offices of Peter M Hart<br>13952 Bora Bora Way, F-320<br>Marina Del Ray, CA 90292<br><br>Telephone: (310) 478-5789<br>Facsimile: (509) 561-6411<br>Email: hartpeter@msn.com | Attorneys for Plaintiff |
| Kenneth H Yoon, Esq.<br>One Wilshire Boulevard, Suite 2200<br>Los Angeles, CA 90017<br><br>Telephone: (213) 612-0988<br>Facsimile: (213) 947-1211<br>Email: kyoon@yoonlaw.com | Attorneys for Plaintiff |
| Larry W. Lee, Esq.<br>Diversity Law Group<br>444 South Flower Street, Suite 1370<br>The Citigroup Building<br>Los Angeles, CA 90071<br><br>Telephone: (213) 488-6555<br>Facsimile: (213) 488-6554<br>Email: lwlee@diversitylaw.com | Attorneys for Plaintiff |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-LA/967726.1

PROOF OF SERVICE
CASE NO. C 07-06073 MHP

1

| | | |
|---|---|---|
| 1 | [ ] | **BY PERSONAL DELIVERY:** The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date. The Proof of Service by the process server will be filed within five (5) days. |
| 2 | | |
| 3 | | |
| 4 | [ ] | **BY MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices. |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | [ ] | **BY FACSIMILE:** By use of a facsimile machine telephone number 213/612-2501, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. |
| 9 | | |
| 10 | [ ] | **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business. |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | [ X ] | **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date (pursuant to a stipulation between the parties). |
| 16 | | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on January 28, 2008.

_____
Karen Thompson

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

1-LA/967726.1

2

PROOF OF SERVICE
CASE NO. C 07-06073 MHP