**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 11, 2008

Case No.   C 07-6073  MHP            Judge: MARILYN H. PATEL

Title: SHAMEIKA A. MOODY -v- CHARMING SHOPPES OF DELAWARE INC

Attorneys:  Plf: Peter Hart, Larry Lee
            Dft: Eric Meckley

Deputy Clerk:  Anthony Bowser   Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.