PETER M. HART (California Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (California Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
kyoon@yoon-law.com

LARRY W. LEE (California Bar No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower St., Suite 1370
The Citigroup Building
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee@diversitylaw.com

Attorneys for Plaintiff Shameika Moody

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> CHARMING SHOPPES OF DELAWARE, INC., a corporation; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC. a corporation, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.:   C 07-06073 MHP <br><br> CERTIFICATION OF INTERESTED PARTIES |

1      Pursuant to Local Rule 3-16, the undersigned certifies that, other than the named parties
2 in the action, no other persons, associations of person, firms, partnerships, corporations
3 (including parent corporations), or other entities have a financial interest in the subject matter in
4 controversy or in a party to the proceeding, or have a non-financial interest in the subject matter
5 or in a party that could be substantially affected by the outcome of this proceeding.

10 Dated: February 26, 2008           DIVERSITY LAW GROUP, P.C.

12                                       By: _____/s/_____
13                                              Larry W. Lee, Esq.
                                             Attorney for Plaintiff

**CERTIFICATION OF INTERESTED PARTIES**