# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Moody,<br><br>           Plaintiff(s),<br><br>    v.<br><br>Charming Shoppes of Delaware, Inc.,<br><br>           Defendant(s). | 07-06073 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06073 MHP                              -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 5, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-06073 MHP                                              -2-

PROOF OF SERVICE

Case Name:      Moody v. Charming Shoppes of Delaware, Inc.

Case Number:    07-06073 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Peter M. Hart
>   Peter M. Hart Law Offices
>   13952 Bora Bora Way, P-320
>   Marina Del Rey, CA 90292
>
>   Larry W Lee
>   Diversity Law Group, P.C.
>   444 S. Flower St
>   Suite 1370
>   Los Angeles, CA 90071
>   lwlee@diversitylaw.com
>
>   Kenneth H Yoon
>   1 Wilshire Blvd.
>   Los Angeles, CA 90017
>   kyoon@yoon-law.com
>
>   John S. Battenfeld
>   Morgan Lewis & Bockius LLP
>   300 South Grand Avenue
>   22nd Floor

Los Angeles, CA 90071-3132
jbattenfeld@morganlewis.com

Eric Meckley
Morgan, Lewis & Bockius LLP
Spear Street Tower, One Market Street
San Francisco, CA 94105
emeckley@morganlewis.com

Albert Yao Whei Huang
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
ahuang@morganlewis.com

Steven John Garrett
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
steven.garrett@morganlewis.com

Lane Bryant, Inc.
,

Charming Shoppes, Inc.
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 5, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov