


1  JOHN S. BATTENFELD, State Bar No. 119513
   ALBERT HUANG, State Bar No. 193005
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:  213.612.2500
   Fax:  213.612.2501
5  E-mail:    jbattenfeld@morganlewis.com
             ahuang@morganlewis.com
6
   ERIC MECKLEY, State Bar No. 168181
7  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
9  Tel:  415.442.1000
   Fax:  415.442.1001
10 E-mail:    emeckley@morganlewis.com
             steven.garrett@morganlewis.com
11
   Specially Appearing for Defendants
12 Lane Bryant, Inc. and Charming Shoppes, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>             Defendant. | Case No. C 07-06073 MHP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS LANE BRYANT, INC. AND CHARMING SHOPPES, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/982571.1

STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED
COMPLAINT – C 07-06073 MHP

1   Pursuant to Northern District Civil Local Rule 6-1, the parties, through their respective
2   counsel, stipulate that Defendants Lane Bryant, Inc. and Charming Shoppes, Inc. shall have an
3   extension of time through and until March 31, 2008 to respond to Plaintiff's First Amended
4   Complaint. Pursuant to Local Rule 6-1, this extension does not alter the date of any event or any
5   deadline set by the Court and, thus, is permissible without Court order.

Dated: March 7, 2008                    MORGAN, LEWIS & BOCKIUS LLP

                                        By _____/S/_____
                                           Eric Meckley
                                           Specially Appearing for Defendants
                                           Lane Bryant, Inc. and Charming Shoppes,
                                           Inc.

Dated: March 7, 2008                    LAW OFFICES OF PETER M. HART

                                        By _____/S/_____
                                           Peter M. Hart
                                           Attorneys for Plaintiff Shameika Moody

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/982571.1                2                STIPULATION TO EXTEND TIME TO
                                              RESPOND TO FIRST AMENDED
                                              COMPLAINT – C 07-06073 MHP