UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shameika Moody

               Plaintiff(s),

CASE NO. 07-06073 MHP

v.

Charming Shoppes of Delaware, Inc., et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

               Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓   Private ADR *(please identify process and provider)* Private mediation

Parties have not yet agreed on a mediator. Plaintiff requests mediation deadline be set by Court at the scheduling conference. Defendant believes it is premature to set a mediation deadline at this point, given status of pleadings.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  See parties' respective positions set forth above

Dated: 3/7/08

                                              Larry W. Lee
                                              Attorney for Plaintiff

Dated: 3/7/08

                                              Eric Meckley
                                              Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓    Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓    other

IT IS SO ORDERED.

Dated:_____

                                                          UNITED STATES DISTRICT       JUDGE