**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 24, 2008

Case No.   C07-6073 MHP          Judge: MARILYN H. PATEL

Title: Shameika Moody -v- Charming Shoppes of Delaware

Attorneys:  Plf: Kenneth Yoon, Larry Lee and Peter Hart
            Dft: Eric Meckley

Deputy Clerk: Frank Justiliano   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference - Held.

**ORDERED AFTER HEARING:**

Motion to be filed by 3/31/08; Opposition due by 4/14/08; Replies due by 4/21/08.   Hearing on motion set for 5/5/08 at 2:00 p.m.   Initial disclosures as to Lane Bryant, Inc. due by 4/7/08.   The parties are directed by the Court to meet and confer under Rule 26 within the next weeks and have a written plan prior to mediation.   Written Plan to be submitted to the Court.

A Further Case Management Conference is also scheduled for 5/5/08 at 2:00 p.m.