1  JOHN S. BATTENFELD, State Bar No. 119513
   ALBERT HUANG, State Bar No. 193005
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA 90071-3132
4  Tel:      213.612.2500
   Fax:      213.612.2501
5  E-mail:   jbattenfeld@morganlewis.com
             ahuang@morganlewis.com
6
   ERIC MECKLEY, State Bar No. 168181
7  STEVEN J. GARRETT, State Bar No. 221021
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
9  Tel:      415.442.1000
   Fax:      415.442.1001
10 E-mail:   emeckley@morganlewis.com
             steven.garrett@morganlewis.com
11
   Attorneys for Defendant
12 LANE BRYANT, INC.

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 SHAMEIKA MOODY, as an              Case No. C 07-06073 MHP
   individual and on behalf of others
17 similarly situated,                **DEFENDANT LANE BRYANT,
                                      INC.'S ANSWER TO PLAINTIFF'S
18          Plaintiff,                FIRST AMENDED COMPLAINT**

19          vs.

20 CHARMING SHOPPES OF
   DELAWARE, INC., a corporation;
21 LANE BRYANT, INC., a
   corporation; CHARMING
22 SHOPPES, INC., a corporation, and
   DOES 1 through 20, inclusive,
23
            Defendants.
24

25 / / /

26 / / /

27 / / /

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Defendant Lane Bryant, Inc. ("Lane Bryant"), by and through its counsel,

2    hereby answers the allegations against Lane Bryant contained in Plaintiff Shameika

3    Moody's First Amended Complaint (hereinafter "FAC"), for itself and no other

4    Defendant, in accordance with the numbered Paragraphs thereof, as follows:

5    **INTRODUCTION**

6          1.    Lane Bryant contends that the allegations contained in

7    paragraph 1 of the FAC regarding jurisdiction under the California Labor Code and

8    Business and Professions Code constitute conclusions of law and/or legal

9    arguments and that no admission or denial is therefore necessary.  To the extent a

10   response is required, Lane Bryant denies the allegations contained in paragraph 1 of

11   the FAC.

12         2.    Lane Bryant contends that the allegations contained in

13   paragraph 2 of the FAC constitute conclusions of law and/or legal arguments and

14   that no admission or denial is therefore necessary.  To the extent a response is

15   required, Lane Bryant denies the allegations contained in paragraph 2 of the FAC.

16         3.    Lane Bryant denies the allegations contained in paragraph 3 of

17   the FAC.

18         4.    Lane Bryant denies the allegations contained in paragraph 4 of

19   the FAC.

20         5.    Lane Bryant denies the allegations contained in paragraph 5 of

21   the FAC.

22   **JURISDICTION AND VENUE**

23         6.    Lane Bryant contends that the allegations contained in

24   paragraph 6 of the FAC regarding jurisdiction under the California Labor Code and

25   Business and Professions Code constitute conclusions of law and/or legal

26   arguments and that no admission or denial is therefore necessary.  To the extent a

27   response is required, Lane Bryant denies the allegations contained in paragraph 6 of

28   the FAC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    7.    Lane Bryant contends that the allegations contained in

2  paragraph 7 of the FAC constitute conclusions of law and/or legal arguments and

3  that no admission or denial is therefore necessary.  To the extent a response is

4  required, Lane Bryant denies the allegations contained in paragraph 7 of the FAC,

5  except that Lane Bryant admits that Charming Shoppes of Delaware, Inc. makes

6  payment on behalf of Lane Bryant, Inc. for Lane Bryant, Inc.'s payroll taxes in

7  California and California State Disability payments.

8    8.    Lane Bryant contends that the allegations contained in

9  paragraph 8 of the FAC constitute conclusions of law and/or legal arguments and

10  that no admission or denial is therefore necessary.  To the extent a response is

11  required, Lane Bryant denies the allegations contained in paragraph 8 of the FAC,

12  except that Lane Bryant admits that Plaintiff was employed by Lane Bryant, Lane

13  Bryant operates stores in the State of California, and Lane Bryant employs

14  managerial employees in California.

15    9.    Lane Bryant contends that the allegations contained in

16  paragraph 9 of the FAC constitute conclusions of law and/or legal arguments and

17  that no admission or denial is therefore necessary.  To the extent a response is

18  required, Lane Bryant denies the allegations contained in paragraph 9 of the FAC,

19  except that Lane Bryant admits that Charming Shoppes, Inc. is the parent

20  corporation of Lane Bryant.

21    10.    Lane Bryant contends that the allegations contained in

22  paragraph 10 of the FAC constitute conclusions of law and/or legal arguments and

23  that no admission or denial is therefore necessary.  To the extent a response is

24  required, Lane Bryant denies the allegations contained in paragraph 10 of the FAC,

25  except that Lane Bryant admits that it does business within the State of California

26  and the County of San Francisco.

27  ///

28  ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

**PARTIES**

11.    Lane Bryant contends that the allegations contained in paragraph 11 of the FAC constitute conclusions of law and/or legal arguments and that no admission or denial is therefore necessary.  To the extent a response is required, Lane Bryant denies the allegations contained in paragraph 11 of the FAC, except that Lane Bryant admits that Plaintiff was employed by Lane Bryant as an Assistant Store Manager from November 2006 until July 2007 at a Lane Bryant retail store located in Pleasanton, California.

12.    Lane Bryant contends that certain allegations in paragraph 12 are not directed at this answering Defendant and that no admission or denial is therefore necessary.  To the extent a response is required, Lane Bryant denies the allegations contained in paragraph 12 of the FAC, except that Lane Bryant admits that Lane Bryant is a corporation which does business in the State of California and employs employees in the State of California.

13.    Lane Bryant denies the allegations contained in paragraph 13 of the FAC, except that Lane Bryant admits that Lane Bryant is a corporation which does business in the State of California.

14.    Lane Bryant contends that the allegations contained in paragraph 14 of the FAC constitute conclusions of law and/or legal arguments and that no admission or denial is therefore necessary.  To the extent a response is required, Lane Bryant denies the allegations contained in paragraph 14 of the FAC.

15.    Lane Bryant denies that it proximately caused Plaintiff or others to be subject to the illegal employment practices, wrongs and injuries complained of in the FAC.  Lane Bryant further contends that the allegations improperly refer to "Doe" defendants, as "Doe" defendants are not permitted in federal court pleadings. Lane Bryant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 15 of the FAC and, on that basis, denies the remaining allegations.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                                   4                    LANE BRYANT, INC.'S ANSWER TO FIRST
AMENDED COMPLAINT  (C 07-06073 MHP)

1    16.    Lane Bryant denies the allegations contained in paragraph 16 of

2    the FAC.

3    17.    Lane Bryant denies the allegations contained in paragraph 17 of

4    the FAC.

5    18.    Lane Bryant denies the allegations contained in paragraph 18 of

6    the FAC.

7    19.    Lane Bryant denies the allegations contained in paragraph 19 of

8    the FAC.

9    **<u>CLASS ACTION ALLEGATIONS</u>**

10    20.    Lane Bryant contends that the allegations contained in

11    paragraph 20 of the FAC constitute conclusions of law and/or legal arguments and

12    that no admission or denial is therefore necessary.  To the extent a response is

13    required, Lane Bryant denies the allegations contained in paragraph 20 of the FAC.

14    21.    Lane Bryant contends that the allegations contained in

15    paragraph 21 of the FAC regarding numerosity constitute conclusions of law and/or

16    legal arguments and that no admission or denial is therefore necessary.  To the

17    extent a response is required, Lane Bryant denies the allegations regarding

18    numerosity contained in paragraph 21 of the FAC.  Lane Bryant further denies the

19    remaining allegations contained in paragraph 21 of the FAC.

20    22.    Lane Bryant contends that the allegations contained in

21    paragraph 22 of the FAC constitute conclusions of law and/or legal arguments and

22    that no admission or denial is therefore necessary.  To the extent a response is

23    required, Lane Bryant denies the allegations contained in paragraph 22 of the FAC.

24    23.    Lane Bryant denies the allegations contained in paragraph 23 of

25    the FAC.

26    24.    Lane Bryant denies the allegations contained in paragraph 24 of

27    the FAC.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1        25.    Lane Bryant contends that the allegations contained in

2    paragraph 25 of the FAC constitute conclusions of law and/or legal arguments and

3    that no admission or denial is therefore necessary.  To the extent a response is

4    required, Lane Bryant denies the allegations contained in paragraph 25 of the FAC.

5        26.    Lane Bryant contends that the allegations contained in

6    paragraph 26 of the FAC regarding constitute conclusions of law and/or legal

7    arguments and that no admission or denial is therefore necessary.  To the extent a

8    response is required, Lane Bryant denies the allegations contained in paragraph 26

9    of the FAC.

10       27.    Lane Bryant contends that the allegations contained in

11   paragraph 27 of the FAC constitute conclusions of law and/or legal arguments and

12   that no admission or denial is therefore necessary.  To the extent a response is

13   required, Lane Bryant denies the allegations regarding contained in paragraph 27 of

14   the FAC.

15       28.    Lane Bryant contends that the allegations contained in

16   paragraph 28 of the FAC constitute conclusions of law and/or legal arguments and

17   that no admission or denial is therefore necessary.  To the extent a response is

18   required, Lane Bryant denies the allegations contained in paragraph 28 of the FAC.

19       29.    Lane Bryant contends that the allegations contained in

20   paragraph 29 of the FAC constitute conclusions of law and/or legal arguments and

21   that no admission or denial is therefore necessary.  To the extent a response is

22   required, Lane Bryant denies the allegations contained in paragraph 29 of the FAC.

23       30.    Lane Bryant contends that the allegations contained in

24   paragraph 30 of the FAC constitute conclusions of law and/or legal arguments and

25   that no admission or denial is therefore necessary.  To the extent a response is

26   required, Lane Bryant denies the allegations contained in paragraph 30 of the FAC.

27       31.    Lane Bryant contends that the allegations contained in

28   paragraph 31 of the FAC constitute conclusions of law and/or legal arguments and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1   that no admission or denial is therefore necessary.  To the extent a response is

2   required, Lane Bryant denies the allegations contained in paragraph 31 of the FAC.

3          32.    Lane Bryant contends that the allegations contained in

4   paragraph 32 of the FAC constitute conclusions of law and/or legal arguments and

5   that no admission or denial is therefore necessary.  To the extent a response is

6   required, Lane Bryant denies the allegations contained in paragraph 32 of the FAC.

7                          **FIRST CAUSE OF ACTION**

8          33.    Lane Bryant incorporates and realleges its responses to the

9   allegations contained in paragraphs 1 through 32, as if said responses were fully set

10  forth herein.

11         34.    Lane Bryant contends that the allegations contained in

12  paragraph 34 of the FAC constitute conclusions of law and/or legal arguments and

13  that no admission or denial is therefore necessary.  To the extent a response is

14  required, Lane Bryant denies the allegations contained in paragraph 34 of the FAC.

15         35.    Lane Bryant contends that the allegations contained in

16  paragraph 35 of the FAC constitute conclusions of law and/or legal arguments and

17  that no admission or denial is therefore necessary.  To the extent a response is

18  required, Lane Bryant denies the allegations contained in paragraph 35 of the FAC.

19         36.    Lane Bryant denies the allegations contained in paragraph 36 of

20  the FAC.

21         37.    Lane Bryant denies the allegations contained in paragraph 37 of

22  the FAC.

23         38.    Lane Bryant contends that the allegations contained in

24  paragraph 38 of the FAC constitute conclusions of law and/or legal arguments and

25  that no admission or denial is therefore necessary.  To the extent a response is

26  required, Lane Bryant denies the allegations contained in paragraph 38 of the FAC.

27         39.    Lane Bryant denies the allegations contained in paragraph 39 of

28  the FAC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                7                LANE BRYANT, INC.'S ANSWER TO FIRST
                                               AMENDED COMPLAINT  (C 07-06073 MHP)

1    40.    Lane Bryant contends that the allegations contained in

2    paragraph 40 of the FAC constitute conclusions of law and/or legal arguments and

3    that no admission or denial is therefore necessary.  To the extent a response is

4    required, Lane Bryant denies the allegations contained in paragraph 40 of the FAC.

5    41.    Lane Bryant contends that the allegations contained in

6    paragraph 41 of the FAC constitute conclusions of law and/or legal arguments and

7    that no admission or denial is therefore necessary.  To the extent a response is

8    required, Lane Bryant denies the allegations contained in paragraph 41 of the FAC.

9    **SECOND CAUSE OF ACTION**

10    42.    Lane Bryant incorporates and realleges its responses to the

11    allegations contained in paragraphs 1 through 41, as if said responses were fully set

12    forth herein.

13    43.    Lane Bryant contends that the allegations contained in

14    paragraph 43 of the FAC constitute conclusions of law and/or legal arguments and

15    that no admission or denial is therefore necessary.  To the extent a response is

16    required, Lane Bryant denies the allegations contained in paragraph 43 of the FAC.

17    44.    Lane Bryant contends that the allegations contained in

18    paragraph 44 of the FAC constitute conclusions of law and/or legal arguments and

19    that no admission or denial is therefore necessary.  To the extent a response is

20    required, Lane Bryant denies the allegations contained in paragraph 44 of the FAC.

21    45.    Lane Bryant denies the allegations contained in paragraph 45 of

22    the FAC.

23    46.    Lane Bryant contends that the allegations contained in

24    paragraph 46 of the FAC constitute conclusions of law and/or legal arguments and

25    that no admission or denial is therefore necessary.  To the extent a response is

26    required, Lane Bryant denies the allegations contained in paragraph 46 of the FAC.

27    ///

28    ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                8                LANE BRYANT, INC.'S ANSWER TO FIRST
AMENDED COMPLAINT (C 07-06073 MHP)

1

## **THIRD CAUSE OF ACTION**

2          47.    Lane Bryant incorporates and realleges its responses to the

3   allegations contained in paragraphs 1 through 46, as if said responses were fully set

4   forth herein.

5          48.    Lane Bryant denies the allegations contained in paragraph 48 of

6   the FAC.

7          49.    Lane Bryant contends that the allegations contained in

8   paragraph 49 of the FAC constitute conclusions of law and/or legal arguments and

9   that no admission or denial is therefore necessary.  To the extent a response is

10  required, Lane Bryant denies the allegations contained in paragraph 49 of the FAC.

11         50.    Lane Bryant denies the allegations contained in paragraph 50 of

12  the FAC.

13         51.    Lane Bryant contends that the allegations contained in

14  paragraph 51 of the FAC constitute conclusions of law and/or legal arguments and

15  that no admission or denial is therefore necessary.  To the extent a response is

16  required, Lane Bryant denies the allegations contained in paragraph 51 of the FAC.

17         52.    Lane Bryant denies the allegations contained in paragraph 52 of

18  the FAC.

19         53.    Lane Bryant contends that the allegations contained in

20  paragraph 53 of the FAC constitute conclusions of law and/or legal arguments and

21  that no admission or denial is therefore necessary.  To the extent a response is

22  required, Lane Bryant denies the allegations contained in paragraph 53 of the FAC.

23

## **FOURTH CAUSE OF ACTION**

24         54.    Lane Bryant incorporates and realleges its responses to the

25  allegations contained in paragraphs 1 through 53, as if said responses were fully set

26  forth herein.

27         55.    Lane Bryant is not a defendant as to this claim and therefore has

28  no obligation to respond.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                        9              LANE BRYANT, INC.'S ANSWER TO FIRST
                                                     AMENDED COMPLAINT (C 07-06073 MHP)

1    56.    Lane Bryant is not a defendant as to this claim and therefore has
2    no obligation to respond.

3    57.    Lane Bryant is not a defendant as to this claim and therefore has
4    no obligation to respond.

5    58.    Lane Bryant is not a defendant as to this claim and therefore has
6    no obligation to respond.

7    59.    Lane Bryant is not a defendant as to this claim and therefore has
8    no obligation to respond.

9                        **FIFTH CAUSE OF ACTION**

10   60.    Lane Bryant incorporates and realleges its responses to the
11   allegations contained in paragraphs 1 through 59, as if said responses were fully set
12   forth herein.

13   61.    Lane Bryant contends that the allegations contained in
14   paragraph 61 of the FAC constitute conclusions of law and/or legal arguments and
15   that no admission or denial is therefore necessary.  To the extent a response is
16   required, Lane Bryant denies the allegations contained in paragraph 61 of the FAC.

17   62.    Lane Bryant contends that the allegations contained in
18   paragraph 62 of the FAC constitute conclusions of law and/or legal arguments and
19   that no admission or denial is therefore necessary.  To the extent a response is
20   required, Lane Bryant denies the allegations contained in paragraph 62 of the FAC.

21   63.    Lane Bryant contends that the allegations contained in
22   paragraph 63 of the FAC constitute conclusions of law and/or legal arguments and
23   that no admission or denial is therefore necessary.  To the extent a response is
24   required, Lane Bryant denies the allegations contained in paragraph 63 of the FAC.

25                        **SIXTH CAUSE OF ACTION**

26   64.    Lane Bryant incorporates and realleges its responses to the
27   allegations contained in paragraphs 1 through 63, as if said responses were fully set
28   forth herein.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    65.    Lane Bryant contends that the allegations contained in

2    paragraph 65 of the FAC constitute conclusions of law and/or legal arguments and

3    that no admission or denial is therefore necessary.  To the extent a response is

4    required, Lane Bryant denies the allegations contained in paragraph 65 of the FAC.

5    66.    Lane Bryant contends that the allegations contained in

6    paragraph 66 of the FAC are not directed at Lane Bryant and constitute conclusions

7    of law and/or legal arguments and that no admission or denial is therefore

8    necessary.  To the extent a response is required, Lane Bryant denies the allegations

9    contained in paragraph 66 of the FAC.

10    67.    Lane Bryant contends that the allegations contained in

11    paragraph 67 of the FAC constitute conclusions of law and/or legal arguments and

12    that no admission or denial is therefore necessary.  To the extent a response is

13    required, Lane Bryant denies the allegations contained in paragraph 67 of the FAC.

14    68.    Lane Bryant contends that the allegations contained in

15    paragraph 68 of the FAC constitute conclusions of law and/or legal arguments and

16    that no admission or denial is therefore necessary.  To the extent a response is

17    required, Lane Bryant denies the allegations contained in paragraph 68 of the FAC.

18    69.    Lane Bryant contends that the allegations contained in

19    paragraph 69 of the FAC constitute conclusions of law and/or legal arguments and

20    that no admission or denial is therefore necessary.  To the extent a response is

21    required, Lane Bryant denies the allegations contained in paragraph 69 of the FAC.

22    70.    Lane Bryant contends that the allegations contained in

23    paragraph 70 of the FAC constitute conclusions of law and/or legal arguments and

24    that no admission or denial is therefore necessary.  To the extent a response is

25    required, Lane Bryant denies the allegations contained in paragraph 70 of the FAC

26    **PRAYER FOR RELIEF**

27    Lane Bryant denies that Plaintiff is entitled to any of the relief sought

28    in each and every paragraph of the Prayer for Relief, or to any relief whatsoever, on

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

behalf of herself or on the behalf of the alleged putative class she purports to represent, the existence of which is expressly denied.

## DEFENSES

Lane Bryant asserts the following defenses to the allegations set forth in the FAC in this action.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.    The FAC and each alleged cause of action fails to state a claim upon which relief can be granted against Lane Bryant.

## SECOND AFFIRMATIVE DEFENSE

### (Statutes of Limitations)

2.    The claims of Plaintiff and some or all purported class members are barred or limited by the applicable statute(s) of limitations, including but not limited to, California Code of Civil Procedure sections 338, 339, and 340, and California Business & Professions Code section 17208.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Exhaust Internal and Administrative Remedies)

3.    The claims of Plaintiff and of each putative class member she purports to represent are barred to the extent that they failed to exhaust their internal and/or administrative remedies.

## FOURTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

4.    The claims of Plaintiff and the class she purports to represent are barred in whole or in part because Plaintiff fails to satisfy the prerequisites for class certification, lacks standing under Business and Professions Code section 17204, and the California Labor Code, and Article III of the United States Constitution, to bring these claims, and therefore cannot represent the interests of others as to each of the purported causes of action.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                                   12                    LANE BRYANT, INC.'S ANSWER TO FIRST
                                                                       AMENDED COMPLAINT  (C 07-06073 MHP)

1  **FIFTH AFFIRMATIVE DEFENSE**

2  (Not Appropriate For Class Action)

3      5.    The types of claims alleged in the FAC on behalf of Plaintiff and the

4  purported class are matters in which individual questions predominate and,

5  accordingly, Plaintiff fails to satisfy any of the prerequisites for class certification

6  as to any cause of action.

7  **SIXTH AFFIRMATIVE DEFENSE**

8  (Claims Not Common or Typical)

9      6.    The claims alleged by the named Plaintiff are neither common to nor

10  typical of those, if any, of the alleged class Plaintiff purports to represent.

11  **SEVENTH AFFIRMATIVE DEFENSE**

12  (Inadequate Representative)

13      7.    The FAC fails, to the extent it asserts a class action, because Plaintiff

14  is not an adequate representative of the purported class.

15  **EIGHTH AFFIRMATIVE DEFENSE**

16  (Failure to Mitigate)

17      8.    Plaintiff's monetary claims, and the claims of the putative members of

18  the purported class, are barred, in whole or in part, because they have not

19  appropriately or adequately mitigated their damages, if any.

20  **NINTH AFFIRMATIVE DEFENSE**

21  (Action Unconstitutional)

22      9.    Prosecution of a representative action and certification of the alleged

23  class as representative of the general public under California Business and

24  Professions Code section 17200, based upon the facts and circumstances of this

25  case, would be an unconstitutional denial of Lane Bryant's right to due process

26  under the Fourteenth Amendment to the United States Constitution and the

27  California Constitution.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1

13

LANE BRYANT, INC.'S ANSWER TO FIRST
AMENDED COMPLAINT (C 07-06073 MHP)

1   **TENTH AFFIRMATIVE DEFENSE**

2   (Lack of Superiority)

3       10.    The claims alleged may not be maintained as class claims for, among

4   other reasons, failure to satisfy the requirement of superiority.

5   **ELEVENTH AFFIRMATIVE DEFENSE**

6   (Laches)

7       11.    The claims of Plaintiff and some or all purported class members,

8   including claims for damages, are barred in whole or in part by the doctrine of

9   laches.

10  **TWELFTH AFFIRMATIVE DEFENSE**

11  (Estoppel)

12      12.    The claims of Plaintiff and some or all purported class members are

13  barred in whole or in part by their own conduct, actions, and/or inactions, which

14  amount to and constitute an estoppel of the causes of action and any relief sought

15  thereby.

16  **THIRTEENTH AFFIRMATIVE DEFENSE**

17  (Adequate Remedy At Law)

18      13.    The claims of Plaintiff and of each purported class member pursuant to

19  California Business and Professions Code section 17200, and the sought after

20  injunctive and restitution remedies, are barred in light of the fact that Plaintiff and

21  each putative member of the class she purports to represent have an adequate

22  remedy at law.

23  **FOURTEENTH AFFIRMATIVE DEFENSE**

24  (Waiver of Claims)

25      14.    The claims of Plaintiff and some or all purported class members are

26  barred in whole or in part because such claims have been waived, discharged,

27  and/or abandoned.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                              14              LANE BRYANT, INC.'S ANSWER TO FIRST
                                                           AMENDED COMPLAINT  (C 07-06073 MHP)

## FIFTEENTH AFFIRMATIVE DEFENSE

(Unclean Hands)

15.    The claims of Plaintiff and some or all purported class members are barred in whole or in part by the doctrine of unclean hands.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Accord and Satisfaction)

16.    The claims of Plaintiff and of each purported class member are barred in whole or in part by the doctrine of accord and satisfaction, and payment.

## SEVENTEENTH AFFIRMATIVE DEFENSE

(Failure to Perform Conditions)

17.    Plaintiff and some or all putative class members she purports to represent failed to perform the conditions necessary to give rise to any obligation on the part of Lane Bryant for the payment of wages alleged in the FAC.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Setoff and Recoupment)

18.    If any damages have been sustained by Plaintiff and/or any member of the class she purports to represent, although such damages are specifically denied, Lane Bryant is entitled under the equitable doctrine of setoff and recoupment to offset all overpayments and/or all obligations of Plaintiff or putative class members owed to Lane Bryant against any judgment that may be entered against Lane Bryant.

## NINETEENTH AFFIRMATIVE DEFENSE

(Good Faith)

19.    Any wages that were allegedly unpaid or withheld are the subject of a bona fide, good faith dispute and thus should not be subject to the imposition of penalties.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                                     15                LANE BRYANT, INC.'S ANSWER TO FIRST
AMENDED COMPLAINT (C 07-06073 MHP)

1

## TWENTIETH AFFIRMATIVE DEFENSE

(Waiting Time Penalties)

20.    The FAC fails to state a claim for waiting time penalties under Labor Code Section 203 to the extent that no such penalties can continue after the commencement of an action for the penalties.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

(Excessive Fine)

21.    An award of penalties against Lane Bryant under the circumstances of this case would constitute an excessive fine and otherwise would be in violation of Lane Bryant's due process and other rights under the United States and California Constitutions.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

(Release)

22.    The claims of some or all purported class members are barred or limited in whole or in part because such claims have been released.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

(Avoidable Consequences)

23.    The claims of Plaintiff and some of the putative class members are barred, or damages limited, by the doctrine of avoidable consequences because Plaintiff and others could have avoided the alleged damages by reasonable effort, but failed to do so.

## RESERVATION OF RIGHTS

Lane Bryant reserves the right to assert such additional affirmative defenses that may appear and prove applicable during the course of this litigation.

WHEREFORE, Lane Bryant prays for judgment that:

1.    The Court deny Plaintiff's request to certify this action as a class action;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                16                LANE BRYANT, INC.'S ANSWER TO FIRST
AMENDED COMPLAINT (C 07-06073 MHP)

1    2.    Plaintiff take nothing by reason of the FAC, and that the FAC be

2    dismissed with prejudice;

3    3.    Judgment be entered in favor of Lane Bryant and against Plaintiff on

4    all causes of action;

5    4.    Lane Bryant be awarded their costs of suit incurred herein;

6    5.    Lane Bryant be awarded attorneys' fees incurred by this action; and

7    6.    The Court award Lane Bryant such other and further relief as it deems

8    just and proper.

9    Dated:  March 31, 2008                    MORGAN, LEWIS & BOCKIUS LLP

10

11

12                                   By_____/S/_____

13                                       Eric Meckley
                                         Attorneys for Defendant
                                         LANE BRYANT, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7683428.1                    17              LANE BRYANT, INC.'S ANSWER TO FIRST
                                                  AMENDED COMPLAINT (C 07-06073 MHP)