JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail:   jbattenfeld@morganlewis.com
          ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:   emeckley@morganlewis.com
          steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07-06073 MHP<br><br>**DECLARATION OF ELIZABETH A. ACKLEY IN SUPPORT OF DEFENDANT CHARMING SHOPPES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    May 5, 2008<br>Time:    2:00 p.m.<br>Place:   Courtroom 15, 18th Floor<br><br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/985412.1

DECL. OF E. ACKLEY IN SUPPORT OF DEF.
CHARMING SHOPPES, INC.'S MOTION TO
DISMISS -   C 07-06073 MHP

I, Elizabeth A. Ackley, declare as follows.

1. I am over eighteen years of age. I have personal knowledge of the following facts and am competent to testify thereto. Except as otherwise stated below, the following accurately describes the facts as they have existed since at least January 1, 2002.

2. I am the Vice President-Human Resources for Lane Bryant, Inc. ("Lane Bryant"). I have been employed by Lane Bryant since January 4, 2004. Lane Bryant is headquartered in Columbus, Ohio. Lane Bryant's key operational officers, who direct and manage the business of Lane Bryant stores, are President LuAnn Via, Vice President of Stores Joseph C. Hash, and me. We all work out of Lane Bryant's Columbus, Ohio headquarters. None of us are directors, officers, or managers of Lane Bryant's parent corporation, Charming Shoppes, Inc. ("CSI") or Lane Bryant's "sister corporation" Charming Shoppes of Delaware, Inc. ("CSDI").

3. Lane Bryant owns and operates all of the Lane Bryant stores in California. The employees who work in the Lane Bryant stores in California are employed by Lane Bryant. The business operations of Lane Bryant stores are directed and managed by the Lane Bryant management team, and not by Lane Bryant's parent corporation CSI.

4. The Lane Bryant management team has established the human resources policies and practices that apply to Lane Bryant employees, including the policies regarding overtime compensation and meal periods. I and the other senior executives at Lane Bryant are responsible not only for establishing the human resources polices and practices applicable to Lane Bryant employees, but also for updating those policies and practices as necessary. This is the responsibility of Lane Bryant management, not the parent corporation CSI.

5. Lane Bryant has its own employee handbook and personnel policies, which were developed and established by the Lane Bryant management team and distributed solely to employees of Lane Bryant.

6. Lane Bryant managerial employees implement and enforce the policies and practices applicable to Lane Bryant employees in California relating to overtime compensation and meal periods. Lane Bryant determines the wages to be paid to its California employees.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed on March 31, 2008, at Columbus, Ohio.

_____
Elizabeth A. Ackley

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

1-LA/985412.1

3

DECL. OF E. ACKLEY IN SUPPORT OF DEF.
CHARMING SHOPPES, INC.'S MOTION TO
DISMISS -  C 07-06073 MHP