JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: jbattenfeld@morganlewis.com
        ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: emeckley@morganlewis.com
        steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07-06073 MHP<br><br>**DECLARATION OF JOHN J. SULLIVAN IN SUPPORT OF DEFENDANT CHARMING SHOPPES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: May 5, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Floor<br><br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/985407.2

DECL. OF J. SULLIVAN IN SUPP. OF DEF.
CHARMING SHOPPES, INC.'S MOTION TO
DISMISS - C 07-06073 MHP

I, John J. Sullivan, declare as follows.

1. I am over eighteen years of age. I have personal knowledge of the following and am competent to testify thereto. Except as otherwise stated below, the following accurately describes the facts as they have existed since at least January 1, 2002.

2. I am the Senior Vice President, Controller of Defendant Charming Shoppes, Inc. ("CSI") and the Controller of Defendant Charming Shoppes of Delaware, Inc. ("CSDI"). CSI is incorporated and headquartered in Pennsylvania. CSI is publicly traded. It is a retail apparel holding company that does not itself engage in any business operations. As is common for large, publicly-traded corporations, all business operations conducted within the Charming Shoppes group of companies are conducted and managed by direct or indirect corporate subsidiaries of CSI. CSI has three distinct and separate corporate divisions: Lane Bryant, Catherines, and Fashion Bug.

3. CSDI is incorporated and headquartered in Pennsylvania. It is a wholly-owned subsidiary of CSI. CSDI provides certain shared services (such as payroll services) to various operating corporate subsidiaries of CSI, including Lane Bryant, Inc. ("Lane Bryant"). Lane Bryant owns and operates the Lane Bryant stores.

4. CSI reports the financial results of its corporate subsidiaries on a consolidated basis and describes to investors and the public the activities of its corporate subsidiaries. Lane Bryant and CSI have one director in common. CSDI and CSI also have one common director. CSDI has 34 officers, fifteen of whom are also officers of CSI. Lane Bryant has 23 officers, eleven of whom are also officers of CSI.

5. CSI complies with all appropriate and necessary corporate formalities (such as secretary of state filings and regular board meetings) in order to maintain CSI as a valid corporation with an existence separate from its corporate subsidiaries, such as Lane Bryant. Likewise, CSDI complies with all appropriate and necessary corporate formalities (such as secretary of state filings and regular board meetings) in order to maintain CSDI as a valid corporation with an existence separate from CSI and separate from CSI's other corporate subsidiaries, including Lane Bryant.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/985407.2                      2           DECL. OF J. SULLIVAN IN SUPP. OF DEF.
                                                CHARMING SHOPPES, INC.'S MOTION TO
                                                DISMISS - C 07-06073 MHP

6. CSI is not registered to do business in California and does not have registered agents in California.

7. CSI has no office, mailing address, telephone listing, hard assets, or bank accounts in California. CSI does not engage in any business activities in California. CSI does not solicit California residents; manufacture, purchase or sell goods in California; or advertise goods or services in California. CSI does not pay payroll or other taxes in California. CSI has no employees in California and, specifically, CSI does not employ any persons who work at Lane Bryant retail stores in California.

8. CSI does not exert management control over the operations of its corporate subsidiaries, including Lane Bryant and CSDI. CSI exercises only that control over its subsidiaries that a sole shareholder is permitted to exercise, through the election of the boards of directors of its subsidiaries.

9. CSI does not hire or select Lane Bryant employees in California. CSI does not manage or direct the work of any Lane Bryant employees in California. CSI does not determine or set the wages to be paid to Lane Bryant's California employees. Similarly, CSI does not pay the wages of or issue paychecks to any Lane Bryant employees in California. CSI is not listed on the wage statements of any Lane Bryant California employees, and does not prepare or issue any such wage statements. CSI does not determine, direct, implement, or enforce the policies or practices of Lane Bryant related to overtime compensation or meal periods for Lane Bryant employees in California.

10. At all times, all Lane Bryant stores in California have been owned and operated, and their employees have been directed and managed, by Lane Bryant, not by CSI.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 30, 2008, at Philadelphia, Pennsylvania.

_____
John J. Sullivan

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/985407.2

4

DECL. OF J. SULLIVAN IN SUPP. OF DEF.
CHARMING SHOPPES, INC.'S MOTION TO
DISMISS - C 07-06073 MHP