PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar No. 228175)
CRAIG S. HUBBLE (State Bar No. 200789)
**DIVERISTY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  C 07-06073 MHP<br><br>**EXHIBITS TO DECLARATION OF CRAIG S. HUBBLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHARMING SHOPPES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. RULE 12(B)(2)**<br><br>JUDGE:     HON. MARILYN HALL PATEL<br>DATE:       MAY 5, 2008<br>TIME:        2:00 p.m.<br>COURTROOM:  15 |

**MANUAL FILING NOTIFICATION**

<u>Regarding: Exhibits A-X to the Declaration of Craig S. Hubble in Support of Plaintiff's Opposition to Defendant Charming Shoppes, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. Rule 12(B)(2).</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[**X**] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

**Dated: April 14, 2008**            **DIVERSITY LAW GROUP**

                                     **By:   _____/ s /_____**
                                            **Craig S. Hubble, Esq.**
                                            **Attorney for Plaintiff and the Putative Class**

- 3 –
EXHIBITS TO DECLARATION OF CRAIG S. HUBBLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHARMING SHOPPES, INC.'S MOTION TO DISMISS