# EXHIBIT 1

```
CO.    PH DEPT STORE #  CLOCK   VCHR. NO. 8644
718    080     6127     996289  000510830
```



**CHARMING SHOPPES OF DELAWARE, INC.**

450 WINKS LANE

BENSALEM, PA 19020

**Earnings Statement**

Period Beginning: 12/03/2006
Period Ending: 12/16/2006
Pay Date: 12/22/2006

00000000852
SHAMEIKA MOODY

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 6
  CA: 6

Social Security Number:

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0770 | 79.50 | 1,834.62 | 4,350.01 |
| Overtime | 34.6155 | 14.00 | 484.62 | 951.93 |
| Double Time | | | | 11.54 |
| Holiday | | | | 184.62 |
| Non Sales | | | | 1,655.77 |
| Paid Time Off | | | | 276.92 |
| **Gross Pay** | | | **$2,319.24** | 7,430.79 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -236.01 | 625.48 |
| | Social Security Tax | -143.79 | 460.71 |
| | Medicare Tax | -33.63 | 107.75 |
| | CA State Income Tax | -105.89 | 284.94 |
| | CA SUI/SDI Tax | -18.56 | 59.45 |
| | **Other** | | |
| | Checking | -1,781.36 | 1,781.36 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $2,319.24

**Important Notes**

Congratulations! You will be eligible to participate in the Company's comprehensive healthcare plans effective the first of next month. An enrollment guidebook has been sent to your store/office. You must call the enrollment center at 1-800-457-2363 between the 10th and 28th of this month. Next opportunity to enroll is Jan 1, 2007

| Annualized Days | PTO Taken | PTO Balance |
|---|---|---|
| 6.00 | 1.50 | 4.50 |

---

**CHARMING SHOPPES OF DELAWARE, INC.**

450 WINKS LANE

BENSALEM, PA 19020

Advice number: 00000510830
Pay date: 12/22/2006

Deposited to the account of
SHAMEIKA MOODY

| account number | transit ABA | amount |
|---|---|---|
| | 3211 7118 | $1,781.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   PH DEPT  STORE #   CLOCK    VCHR. NO. 8644
718    080     6127     096289   0900519830    1
```

Page 2

| | |
|---|---|
| CHARMING SHOPPES OF DELAWARE, INC. | Earnings Statement |
| 450 WINKS LANE | Period Beginning: 12/03/2006 |
| BENSALEM, PA 19020 | Period Ending: 12/16/2006 |
| | Pay Date: 12/22/2006 |

00000000853

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:    6
    CA:    6

Social Security Number: XX

---

**MOODY**    **ID # 0962894**

WHEN SHOPPING IN CATHERINES, FASHION BUG, LANE BRYANT, AND LB & PS OUTLETS THIS ASSOCIATE SHOULD RECEIVE THE DISCOUNT ASSOCIATED WITH THAT STORE.

EXPIRES    01/07/2007

**ASSOCIATE DISCOUNT CARD**

This card may be used by associate or associate's spouse, in accordance with associate Discount and Purchase policies. Photo I.D. required.

---

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

**CHARMING SHOPPES OF DELAWARE, INC.**
450 WINKS LANE
BENSALEM, PA 19020

Period Beginning: 01/14/2007
Period Ending: 01/27/2007
Pay Date: 02/02/2007

00000000822

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 6
　CA: 6

Social Security Number:

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0770 | 71.75 | 1,655.77 | 4,973.09 |
| Overtime | 34.6155 | 5.50 | 190.39 | 380.77 |
| Paid Time Off | 23.0770 | 8.00 | 184.62 | 646.16 |
| Holiday | | | | 369.24 |
| Sales Bonus | | | | 245.00 |
| **Gross Pay** | | | **$2,030.78** | 6,614.26 |

| Annualized Days | PTO Taken | PTO Balance |
|---|---|---|
| 17.50 | 1.50 | 16.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -157.29 | 593.74 |
| Social Security Tax | | -125.90 | 410.08 |
| Medicare Tax | | -29.45 | 95.91 |
| CA State Income Tax | | -73.79 | 269.91 |
| CA SUI/SDI Tax | | -12.19 | 39.69 |
| **Other** | | | |
| Checking | | -1,632.16 | 5,204.93 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $2,030.78

**MOODY**　　ID # 0962894
WHEN SHOPPING IN CATHERINES, FASHION BUG, LANE BRYANT, AND LB & PS OUTLETS THIS ASSOCIATE SHOULD RECEIVE THE DISCOUNT ASSOCIATED WITH THAT STORE.

EXPIRES　02/18/2007

**ASSOCIATE DISCOUNT CARD**
This card may be used by associate or associate's spouse, in accordance with associate Discount and Purchase policies. Photo I.D. required.



2001 Automatic Data Processing, Inc.　TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CHARMING SHOPPES OF DELAWARE, INC.**
450 WINKS LANE
BENSALEM, PA 19020

Advice number: 00000050809
Pay date: 02/02/2007

Deposited to the account of
**SHAMEIKA MOODY**

| account number | transit ABA | amount |
|---|---|---|
| | 3211 7118 | $1,632.16 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**