PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar No. 228175)
CRAIG S. HUBBLE (State Bar No. 200789)
**DIVERISTY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>      Plaintiff,<br>  vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No.: C 07-06073 MHP<br><br>**PROOF OF SERVICE**<br><br>JUDGE:   HON. MARILYN HALL PATEL<br>DATE:    MAY 5, 2008<br>TIME:    2:00 p.m.<br>COURTROOM: 15 |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the following action. My business address is 444 S. Flower Street, Suite 1370, Los Angeles, California 90071.

On April 14, 2008, I caused the following document(s) described as: **EXHIBITS TO DECLARATION OF CRAIG S. HUBBLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT CHARMING SHOPPES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. RULE 12(B)(2)** to be served on all interested parties in this action by placing ☐ the original ☒ true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John S. Battenfeld, Esq. | Eric Meckley, Esq. |
| Albert Huang, Esq. | Steven J. Garrett, Esq. |
| Morgan, Lewis & Bockius, LLP | Morgan, Lewis & Bockius, LLP |
| 300 S. Grand Ave., 22nd Floor | One Market, Spear Street Tower |
| Los Angeles, CA 90071 | San Francisco, CA 94105 |
| *Attorneys for Defendant Charming Shoppes of Delaware, Inc.* | *Attorneys for Defendant Charming Shoppes of Delaware, Inc.* |

☒ **VIA PERSONAL SERVICE:** I caused said envelope to be delivered by hand to the following address(es):

| | |
|---|---|
| John S. Battenfeld, Esq. | Eric Meckley, Esq. |
| Albert Huang, Esq. | Steven J. Garrett, Esq. |
| Morgan, Lewis & Bockius, LLP | Morgan, Lewis & Bockius, LLP |
| 300 S. Grand Ave., 22nd Floor | One Market, Spear Street Tower |
| Los Angeles, CA 90071 | San Francisco, CA 94105 |
| *Attorneys for Defendant Charming Shoppes of Delaware, Inc.* | *Attorneys for Defendant Charming Shoppes of Delaware, Inc.* |

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above-stated is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

/ s /
CRAIG S. HUBBLE

**PROOF OF SERVICE**