JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: jbattenfeld@morganlewis.com
         ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: emeckley@morganlewis.com
         steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07-06073 MHP<br><br>**SUPPLEMENTAL DECLARATION OF JOHN J. SULLIVAN IN SUPPORT OF DEFENDANT CHARMING SHOPPES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: May 5, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Floor<br><br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7693509.1

SUPPLEMENTAL DECL. OF J. SULLIVAN IN
SUPP. OF DEF. CHARMING SHOPPES,
INC.'S MOTION TO DISMISS - C 07-06073

I, John J. Sullivan, declare as follows.

1. I am over eighteen years of age. I have personal knowledge of the following and am competent to testify thereto. I submit this Supplemental declaration in support of Defendant Charming Shoppes, Inc.'s motion to dismiss.

2. I am the Senior Vice President, Controller of Defendant Charming Shoppes, Inc. ("CSI") and also the Controller of Defendant Charming Shoppes of Delaware, Inc. ("CSDI"). CSI is incorporated and headquartered in Pennsylvania. CSI is publicly traded. It is a retail apparel holding company which has distinct and separate corporate subsidiaries, including Lane Bryant, Inc. ("Lane Bryant"). Lane Bryant owns and operates the Lane Bryant stores throughout the country and in California.

3. CSDI is incorporated and headquartered in Pennsylvania. It is a wholly-owned subsidiary of CSI. CSDI provides certain shared services to various corporate subsidiaries including Lane Bryant, Inc.

4. Neither CSI nor any of its subsidiary corporations owns a facility in Santa Fe Springs, California. When product for Lane Bryant and other sister-corporation stores arrives in the Los Angeles area from domestic or overseas vendors, the product must be retrieved, housed in a warehouse facility, sorted and loaded in trucks, and delivered to the various retail store locations. All of those functions and operations are performed by a third-party business process outsourcing vendor, Performance Team - Gale/Triangle, Inc. ("Performance Team"), which is not in any way owned by or affiliated with CSI (or any of CSI's subsidiary corporations). The employees who perform those functions are not employed by CSI (or any related entity), but rather are employees and/or contractors of Performance Team.

5. Performance Team owns and operates an approximately 2,000,000 square foot distribution/consolidation warehouse space in Santa Fe Springs, California -- CSI does not own or operate this facility. There are approximately four (4) Quality Control inspectors on-site at the Performance Team Santa Fe Springs facility who inspect the product before it is delivered to the retail stores. These Quality Control inspectors are employees of *Charming Shoppes of Delaware, Inc.* – not CSI. CSI does not employ employees in California.

6. The CSI website contains a "Career Center" section. It would not be unusual for the CSDI Quality Control Inspector position at the Santa Fe Springs location to be listed on the website because the Career Center lists openings for CSI's multiple subsidiary corporations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 21, 2008, at Bensalem, Pennsylvania.

_____
John J. Sullivan

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7693509.1                        3                        SUPPLEMENTAL DECL. OF J. SULLIVAN IN
                                                               SUPP. OF DEF. CHARMING SHOPPES,
                                                               INC.'S MOTION TO DISMISS - C 07-06073

TOTAL P.003

## PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action. I am employed by Morgan, Lewis & Bockius, LLP and my business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On April 21, 2008, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF JOHN J. SULLIVAN IN SUPPORT OF DEFENDANT CHARMING SHOPPES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

on the parties involved addressed as follows:

Peter M. Hart, Esq.                             Attorneys for Plaintiff
Law Offices of Peter M Hart
13952 Bora Bora Way, F-320
Marina Del Ray, CA 90292

[ ]   **BY MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

[ ]   **BY FACSIMILE:** By use of a facsimile machine telephone number 415/442-1001, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

[X]   **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business.

[ ]   **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date (pursuant to a stipulation between the parties).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7630567.1

Case No. C 07-06073 MHP
PROOF OF SERVICE

1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on April 21, 2008.

_____
Mary Gonzalez