JOHN S. BATTENFELD, State Bar No. 119513
ALBERT HUANG, State Bar No. 193005
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail:   jbattenfeld@morganlewis.com
          ahuang@morganlewis.com

ERIC MECKLEY, State Bar No. 168181
STEVEN J. GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:   emeckley@morganlewis.com
          steven.garrett@morganlewis.com

Specially Appearing for Defendant
CHARMING SHOPPES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07-06073 MHP<br><br>**DECLARATION OF ALBERT HUANG IN SUPPORT OF DEFENDANT CHARMING SHOPPES, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: May 5, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel<br><br>[SPECIAL APPEARANCE ONLY] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/989733.1

DECL. OF A. HUANG IN SUPP. OF DEF'S
REPLY TO MOTION TO DISMISS –
C 07-06073 MHP

I, Albert Y. Huang, declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and am a member in good standing of the State Bar of California. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"). Morgan Lewis represents defendant Charming Shoppes, Inc. ("CSI") in this action. I have personal knowledge of the facts set forth below and could and would competently testify thereto.

2. On April 21, 2008, I accessed the following website for CSI: www.charmingshoppes.com. In the "About Us" section of the website, CSI is identified as the "parent company" of different store brands, including "Lane Bryant." Under the "Our Retail Store Brands" subsection of the "About Us" section, CSI is further identified as a "retail apparel holding company" with "distinct brands" including "Lane Bryant." Attached as Exhibit 1 are true and correct copies of printouts of the webpages containing this information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 21, 2008, at Los Angeles, California.

/S/
Albert Y. Huang

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/989733.1

2

DECL. OF A. HUANG IN SUPP. OF DEF'S REPLY TO MOTION TO DISMISS –
C 07-06073 MHP

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action. I am employed by Morgan, Lewis & Bockius, LLP and my business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On April 21, 2008, I served the following document(s):

**DECLARATION OF ALBERT HUANG IN SUPPORT OF DEFENDANT CHARMING SHOPPES, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

on the parties involved addressed as follows:

| | |
|---|---|
| Peter M. Hart, Esq.<br>Law Offices of Peter M Hart<br>13952 Bora Bora Way, F-320<br>Marina Del Ray, CA 90292 | Attorneys for Plaintiff |

[ ]   **BY MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

[ ]   **BY FACSIMILE:** By use of a facsimile machine telephone number 415/442-1001, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

[X]   **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business.

[ ]   **BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(s) set forth below on this date (pursuant to a stipulation between the parties).

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7630567.1

Case No. C 07-06073 MHP
PROOF OF SERVICE

1

1      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on April 21, 2008.

_____
Mary Gonzalez