**EXHIBIT 1**



Celebrating the lives and fashion image of plus-size women

ABOUT US

OUR RETAIL STORE BRANDS
OUR CATALOGS
CORPORATE GOVERNANCE
HISTORY & ORGANIZATION
COMMUNITY RELATIONS
VENDOR COMMUNITY
CONTACT US
FAQS

# ABOUT US

Charming Shoppes, Inc. is a leading multichannel specialty apparel retailer primarily focused on plus-size women's apparel. We are the parent company of four distinct store brands – Lane Bryant, Fashion Bug, Catherines Plus Sizes and Petite Sophisticate – as well as Crosstown Traders, Inc., a direct marketer of women's apparel.

Our Vision is to be the company known for celebrating the lives and fashion image of women wearing plus sizes. Our continuing Mission is to serve the lifestyle apparel needs of women wearing plus sizes with the very best service, fashion selection, value and fit.

CHRS 4.87 Pricing delayed 20 minutes

Lane Bryant Fashion Bug Catherines Petite Sophisticate Crosstown Traders, Inc **PRIVACY POLICY** Legal Terms Contact Us Site Map

© 2007 Charming Shoppes, Inc.

CHARMING SHOPPES, INC.

Celebrating the lives and fashion image of plus-size women

ABOUT US | INVESTOR RELATIONS | PRESS ROOM | CAREER CENTER

OUR RETAIL STORE BRANDS
- Lane Bryant
- Fashion Bug
- Catherines

OUR CATALOGS

CORPORATE GOVERNANCE

HISTORY & ORGANIZATION

COMMUNITY RELATIONS

VENDOR COMMUNITY

CONTACT US

FAQS

# OUR RETAIL STORE BRANDS

Charming Shoppes, Inc. is the nation's third-largest specialty retail apparel holding compeny as measured by store units. With more than 2,400 stores netionwide, Charming Shoppes provides a significant presence in strip shopping center, mall locations and outlet centers.

Through our three distinct brands—Lane Bryant, Fashion Bug and Catherines—Charming Shoppes has the ability to serve every plus-size woman in the country. Here's how our brands are differentiated:





| | LANE BRYANT / LANE BRYANT outlet | FASHION BUG | CATHERINES PLUS SIZES |
|---|---|---|---|
| **Core customer age** | Young (25–45) | Young (20–49) | Baby boomers (40–65) |
| **Fashion** | Fashion-oriented plus-siza | Updated plus, misses, juniors & girls | Classic plus-size and extended plus size |
| **Apparel price ranges** | Moderate to better | Low to moderate | Moderate |
| **Primary store location** | Malls with growth in strip and outlet centers | Strip centers | Strip centers |
| **Annual sales** | Over $1 billion | Over $1 billion | Over $300 million |
| **Branded Web site** | lanebryant.com | fashionbug.com | catherines.com |

**Lane Bryant and Lane Bryant Outlet**
The most widely recognized name in specialty plus-size fashion, Lane Bryant was acquired by Charming Shoppes, Inc. in 2001. With more than 900 stores nationwide, Lane Bryant is a plus-size fashion leader, acknowledged for a positive influence on the way women feel about their bodies. Lane Bryant's mission is to offer stylish, sophisticated and high-quality fashion in sizes 14–28. In July 2006, Charming Shoppes, Inc, launched Lane Bryant Outlet. You may visit Lane Bryant's Web site at **lanebryant.com**.

**Fashion Bug and Fashion Bug Plus**
As Charming Shoppes, Inc.'s largest brand with nearly 1,000 stores nationwide, Fashion Bug is a women's fashion apparel leader in strip shopping centers, appealing to women of all shapes and sizes. Fashion Bug offers fashion apparel and accessories in plus, misses, juniors and girls sizes. Look for our latest styles at **fashionbug.com**.

**Catherines Plus Sizes**
A leading plus-size specialty retailer with more than 450 stores throughout the country, our Catherines brand targets women 40–65 years old and offers classic apparel and accessories for career and casual lifestyles. Our customers can shop Catherines on the Web at **catherines.com**.

**Petite Sophisticate**
Petite Sophisticate Outlet is a petite-size specialty retailer with approximately 50 outlet store locations throughout the country. Petite Sophisticate Outlet targets women 35–55 years old and offers traditional, updated classic and contemporary apparel for women wearing sizes 0p–14p. Petite Sophisticate Outlet is the only national chain exclusively offering women's petite-size apparel. Visit Petite Sophisticate Outlet at **petitesophisticate.com**.

CHRS 4.87 Pricing delayed 20 minutes



© 2007 Charming Shoppes, Inc.