PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE
**DIVERISTY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>  Plaintiff,<br>  vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: C 07-06073 MHP<br><br>**PLAINTIFF'S SEPARATE SUPPLEMENTAL JOINT RULE 26(f) REPORT**<br><br>Judge:  Hon. Marilyn Hall Patel<br>Date:   May 5, 2008<br>Time:   2:00 p.m.<br>Ctrm.:   15 |

**TO THE COURT:**

Pursuant to this Court's Order on March 24, 2008, Plaintiff hereby submits this Separate Supplemental Report pursuant to the Local Rules and Rule 26.

**Motion to Dismiss and Further Documents Produced**

As mentioned as part of the Supplemental Joint Report, Defendant Charming Shoppes,

1
PLAINTIFF'S SEPARATE SUPPLEMENTAL RULE 26(f) REPORT
(C 07-06073 MHP)

1  Inc. has filed a motion to dismiss for lack of subject matter jurisdiction.  The hearing on this motion is
2  set for May 5, 2008 before this Court.  As of the date that Plaintiff was required to file her opposition,
3  Plaintiff did not have Defendant CSDI's initial disclosures nor some additionally produced documents
4  by Lane Bryant and CSDI and, accordingly, Plaintiff could not attach these documents to her
5  Opposition.  Plaintiff believes that a number of these documents support Plaintiff's argument that
6  personal jurisdiction over Charming Shoppes, Inc. is appropriate in California and by this Court.
7  Plaintiff is attaching some of these documents as Exhibit "A" to this Report and Plaintiff's Counsel
8  will bring to the May 5, 2008 hearing all such documents in further support of personal jurisdiction
9  over Charming Shoppes, Inc. for the Court's consideration at the oral arguments on this motion.

Should this Court deny Defendant CSI's pending motion to dismiss, Plaintiff would ask that Defendant CSI be required to serve its initial disclosures by May 12, 2008, along with the actual documents Defendant CSI references in its initial disclosures.

**DATED:  April 28, 2008**             **LAW OFFICES OF PETER M. HART**

                                        **By:    /S/**
                                        **Peter M. Hart, Esq.**
                                        **Attorney for Plaintiff and the class**