**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 5, 2008

Case No.   C 07-6073  MHP                    Judge: MARILYN H. PATEL

Title: SHAMEIKA A. MOODY -v- CHARMING SHOPPES OF DELAWARE INC

Attorneys:  Plf: Craig Hubble, Larry Lee
            Dft: Eric Meckley

Deputy Clerk:  Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.

Counsel previously stipulated to Private Mediation (7/15/2008); If matter has not resolved; counsel to submit motion for leave to amend by 8/25/2008 OR a further status conference set for 9/29/2008 at 3:00 pm;