PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE (State Bar No. 228175)
**DIVERISTY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversity-law.com

Attorneys for Shameika Moody

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>            Plaintiff,<br>   vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; LANE BRYANT, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: C 07-06073 MHP<br>_____<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**JUDGE: HON. MARILYN HALL PATEL** |

- 1 -

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eric Honig of the Law Office of Eric Honig, has become associated with the Law Offices of Peter Hart, Diversity Law Group, P.C., and Law Offices of Kenneth H. Yoon as counsel for Plaintiff Shameika Moody ("Plaintiff") in the above-entitled action.

The respective address, telephone, facsimile number, and e-mail address for such firm is:

>Eric Honig, Esq. (California Bar No. 140765)
>**LAW OFFICE OF ERIC HONIG**
>P.O. Box 10327
>Marina del Rey, CA 90295
>(310) 314-2603
>(310) 314-2793 facsimile
>erichonig@aol.com

Any and all correspondence, pleadings, notices and other documents regarding this action should now be sent to all counsel of record for Plaintiff.

Dated:  June 30, 2008              DIVERSITY LAW GROUP, A Professional Corporation

                                   By:  _____/s/_____
                                        Larry W. Lee
                                        Attorneys for Plaintiff Shameika Moody