PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation ; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No.: C 07-06073 MHP<br><br>**JOINT STIPULATION TO VACATE PENDING DEADLINES AND HEARING DATES**<br><br>**Judge:**   Hon. Marilyn Hall Patel<br>**Ctrm.:**   15 |

1  Plaintiff Shameika Moody and Defendants Charming Shoppes of
2  Delaware, Inc. and Lane Bryant, Inc. (collectively "Parties") through their respective
3  counsel of record, hereby stipulate and agree as follows:
4  WHEREAS the Parties mediated this case on July 15, 2008 with mediator
5  Jeff Krivis;
6  WHEREAS the Parties have reached a tentative agreement on certain
7  terms of a settlement of this case on a class-wide basis;
8  WHEREAS the Parties are in the process of negotiating a written
9  memorandum of understanding regarding a class action settlement;
10  WHEREAS if agreement on all materials terms is reached, the Parties
11  anticipate spending time drafting the formal class action settlement agreement, notice
12  and other documents to be submitted to this Court for preliminary approval;
13  WHEREAS the Court previously set a deadline of August 25, 2008 for
14  Plaintiff to file for leave regarding the filing of an amended complaint;
15  WHEREAS the Parties have reached agreement on most material terms of
16  a settlement but require additional time to attempt to reach agreement on other terms
17  and to prepare paperwork in connection with any class settlement, including the
18  potential Motion for Preliminary Approval;
19  WHEREAS the Parties wish to avoid spending attorney hours on moving
20  to amend the operative Complaint and opposing such amendment, which will be
21  unnecessary if a settlement is reached and approved; and
22  WHEREAS if a settlement is reached, the Parties anticipate submitting on
23  or before October 31, 2008 any proposed class settlement and the Motion for
24  Preliminary Approval of the class settlement;
25
26  **The Parties hereby stipulate as follows:**
27  All scheduled deadlines, including Plaintiff's deadline to seek leave
28

regarding the filing of an amended complaint, to be vacated. If the parties are unable to reach a settlement on all material terms, they will promptly inform the Court so that new deadlines can be scheduled.

DATED: July __, 2008              **LAW OFFICES OF PETER M. HART**

                                  By:    /S/
                                  **Peter M. Hart, Esq.**
                                  **Attorney for Plaintiff and the putative class**


DATED: July __, 2008              **MORGAN, LEWIS & BOCKIUS LLP**

                                  By:    /S/
                                  **Albert Huang**
                                  **Attorneys for Defendants CSDI and Lane Bryant, Inc.**


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: July 28, 2008              **DIVERSITY LAW GROUP**

                                  By:    /S/
                                  **Larry W. Lee, Esq.**
                                  **Attorney for Plaintiff and the class**

3
JOINT STIPULATION REGARDING VACATING OF COURT DEADLINES
(C 07-06073 MHP)

DB2/20776795.1