PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br>CHARMING SHOPPES OF DELAWARE, INC., a corporation ; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: C 07-06073 MHP<br><br>**[PROPOSED] ORDER VACATING PENDING DEADLINES AND HEARING DATES**<br><br>\* As amended by court<br><br>**Judge:**　Hon. Marilyn Hall Patel<br>**Ctrm.:**　15 |

1

[PROPOSED] ORDER VACATING PENDING DEADLINES AND HEARING DATES
(C 07-06073 MHP)

DB2/20776795.1

1  Good cause hereby appearing, IT IS SO ORDERED.

2  All scheduled deadlines, including Plaintiff's deadline to seek leave regarding the
3  filing of an amended complaint, to be vacated.  The Parties will inform the Court no
4  later than August 31, 2008 whether they have reached agreement on all material terms
5  of a settlement.  *

7  DATED: __July 30_____, 2008    _____

8  UNITED STATES DISTRICT JUDGE



15  * **A further case management conference is set for November 17, 2008 at 3:00 p.m., with a**
16  **joint cmc statement due November 10, 2008, if no motions are filed pursuant to above.**

2
[PROPOSED] ORDER VACATING PENDING DEADLINES AND HEARING DATES
(C 07-06073 MHP)

DB2/20776795.1