1  PETER M. HART, Esq. (State Bar No. 198691)
   **LAW OFFICES OF PETER M. HART**
2  13952 Bora Bora Way, F-320
   Marina Del Rey, CA 90292
3  Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
4  hartpeter@msn.com

5  KENNETH H. YOON (State Bar No. 198443)
   **LAW OFFICES OF KENNETH H. YOON**
6  One Wilshire Blvd., Suite 2200
   Los Angeles, CA 90017
7  (213) 612-0988
   (213) 947-1211 facsimile
8  kyoon@yoon-law.com

9  LARRY W. LEE (State Bar No. 228175)
   **DIVERSITY LAW GROUP, A Professional Corporation**
10 444 S. Flower Street, Suite 1370
   Los Angeles, CA 90071
11 (213) 488 – 6555
   (213) 488 – 6554 facsimile
12 lwlee@diversitylaw.com

13 Attorneys for Shameika Moody

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 07-06073 MHP<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge:** Hon. Marilyn Hall Patel<br>**Ctrm.:** 15 |

1
NOTICE OF SETTLEMENT
(C 07-06073 MHP)

**TO THE COURT AND ALL PARTIES:**

  Please take notice that Plaintiff Shameika Moody and Defendants Charming Shoppes of Delaware, Inc. and Lane Bryant, Inc. (Plaintiff and Defendants shall collectively be referred to as the "Parties") have agreed to settle this matter on a class-wide basis and have jointly executed a fully enforceable Memorandum of Understanding ("MOU") reflecting the terms of said class settlement.

  Pursuant to the terms of the MOU, the Parties are to finalize their formal long-form settlement agreement on or before September 23, 2008, and will file their Motion for Preliminary Approval papers on or before October 1, 2008.

**DATED: September 8, 2008**   **LAW OFFICES OF PETER M. HART**

                **By:**    /S/   
                   **Peter M. Hart, Esq.**
                   **Attorney for Plaintiff and the class**