PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

LARRY W. LEE
**DIVERISTY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
(213) 488 – 6555
(213) 488 – 6554 facsimile
lwlee@diversitylaw.com

Attorneys for Shameika Moody

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAMEIKA MOODY as an individual and on behalf all of others similarly situated,<br><br>          Plaintiff,<br>     vs.<br><br>CHARMING SHOPPES OF DELAWARE, INC., a corporation ; LANE BRYANT, INC., a corporation; CHARMING SHOPPES, INC., a corporation, and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: C 07-06073 MHP<br><br>**STIPULATION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[CIVIL LOCAL RULE 6-2]**<br><br>**Judge:**   Hon. Marilyn Hall Patel<br>**Ctrm.:**    15 |

[DENIED stamp with signature of Judge Marilyn H. Patel]

Plaintiff Shameika Moody and Defendants Charming Shoppes of Delaware, Inc. and Lane Bryant, Inc. (collectively the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS the Parties have negotiated and signed a formal class action

1 settlement agreement;

2 WHEREAS, on Monday, October 6, 2008, Plaintiff intends on filing her
3 motion for preliminary approval of class action settlement, which includes the Parties'
4 settlement agreement and other documents as attachments;

5 WHEREAS pursuant to Civil Local Rule 7-2(a) the normal time for filing,
6 service and notice of a motion is not less than 35 days prior to the hearing date;

7 WHEREAS pursuant to Civil Local Rule 6-2(a) the Parties may file a
8 stipulation requesting an order changing and/or shortening the time frames set in the
9 Local Rules;

10 WHEREAS in compliance with Civil Local Rule 6-2(a) Plaintiff has
11 accompanied this Stipulation with a declaration that (1) sets forth with particularity the
12 reasons for the requested shortening of time, (2) discloses all previous time
13 modifications, and (3) describes the effect the requested time modification would have
14 on the schedule for the case; and

15 WHEREAS the Parties request that the hearing on Plaintiff's anticipated
16 motion for preliminary approval of class action settlement be set for Monday, October
17 27, 2008 at 1:00 p.m., which is twenty-one (21) days following the filing, service and
18 notice of the motion.

19

20 DATED: October 3, 2008        LAW OFFICES OF KENNETH H. YOON

21

22                               By: _____/S/_____
                                     Kenneth H. Yoon, Esq.
23                                   Attorney for Plaintiff and the putative
                                     class
24

25

26

27

28
2
STIPULATION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT
(C 07-06073 MHP)

DB2/20855064.1

1  DATED: October 3, 2008                MORGAN, LEWIS & BOCKIUS LLP

3                                           By: _____/S/_____
4                                               Eric Meckley
                                                Attorneys for Defendants CSDI and
                                                Lane Bryant, Inc.

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.

8      The hearing on Plaintiff's motion for preliminary approval of class action settlement is hereby scheduled for Monday, ~~October 27, 2008 at 1 p.m.~~ November 24, 2008 at 2:00 p.m.

11 DATED: _October 7_____, 2008    _____[signature]_____
12                                          MARILYN H. PATEL
13                                          UNITED STATES DISTRICT JUDGE