1   PETER M. HART, Esq. (State Bar No. 198691)
    LAW OFFICES OF PETER M. HART
2   13952 Bora Bora Way, F-320
    Marina Del Rey, CA 90292
3   Telephone: (310) 478-5789
    Facsimile: (509) 561-6441
4   hartpeter@msn.com

5   ERIC HONIG (State Bar No. 140765)
    LAW OFFICE OF ERIC HONIG
6   P.O. Box 10327
    Marina del Rey, California 90295
7   Telephone:  (310) 314-2603
    Facsimile:  (310) 314-2793
8   erichonig@aol.com

9   KENNETH H. YOON (State Bar No. 198443)
    LAW OFFICES OF KENNETH H. YOON
10  One Wilshire Blvd., Suite 2200
    Los Angeles, CA 90017
11  Telephone:  (213) 612-0988
    Facsimile:  (213) 947-1211
12  kyoon@yoon-law.com

13  LARRY W. LEE
    DIVERSITY LAW GROUP, A Professional Corporation
14  444 S. Flower Street, Suite 1370
    Los Angeles, CA 90071
15  Telephone:  (213) 488 – 6555
    Facsimile:  (213) 488 – 6554
16  lwlee@diversitylaw.com

17  Attorneys for Shameika Moody

18                    UNITED STATES DISTRICT COURT

19           FOR THE NORTHERN DISTRICT OF CALIFORNIA

20  SHAMEIKA MOODY as an individual and on        Case No.: C 07-06073 JL
    behalf all of others similarly situated,
21                                                **[PROPOSED] ORDER TO CONTINUE**
                    Plaintiff,                    **DATE OF FINAL APPROVAL HEARING**
22          vs.

23  CHARMING SHOPPES OF DELAWARE,
    INC., a corporation; and DOES 1 through 50,
24  inclusive,

25                  Defendants.

26

27

28
                                   – 1 –
              [PROPOSED] ORDER TO CONTINUE DATE OF FINAL APPROVAL HEARING
                                C 07-06073 JL

DB2/21729706.1

1

## ORDER

2

3        PURSUANT TO STIPULATION, IT IS SO ORDERED.

4        The Parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, it is hereby

5    ordered that the hearing on Plaintiff's Motion for Final Approval of Class Action Settlement be

6    continued to September 22, 2010 at 9:30 am ~~or to _____ at 9:30 am.~~

7        Either of Plaintiff or Defendants may file a responsive document to any objection no later than

8    five (5) court days before the Final Approval and Fairness Hearing.

9

10       June 1, 2010

11   Date: _____       _____

12                                The Honorable James Larson
                                  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        – 2 –

DB2/21729706.1